Express Mail No. ER243124674US  — Date: November 12, 2025

Kevin: Realworldfare, *sui juris*
**Care of:** 2082 Highway 183 #170-229
Leander, Texas
***non-domestic without*** the United States
Email: team@walkernovagroup.com

*Plaintiff, Real Party In Interest, Injured Party*
*Secured Party, Executor, Heir*



**RECEIVED**

NOV 13 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**FILE ON DEMAND**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin: Realworldfare,** <br> *Plaintiff/Secured Party/ Real Party In Interest,Injured Party In Fact, Heir, Beneficial Title Holder* <br><br> *vs.* <br><br> **Sunshine Suzanne Sykes,** Dolly Maizie **Gee, Raquel A. Marquez, John Bailey, Therese Bailey, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES LLC, BAILEY LEGAL GROUP**, *Does 1-20, inclusive;* <br><br>      *Defendants.* | Case No.: 1:25-cv-03780 <br><br> **VERIFIED** NOTICE OF **ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER** <br><br> (28 U.S.C. § 1746 — Verified under Penalty of Perjury) <br><br> (28 U.S.C. §§ 1331, 1343, 144, 455, 1651(a); Fed. R. Civ. P. 4, 5, 11, 12; U.S. Const. Art. I § 10) <br><br> (SPECIAL LIMITED APPEARANCE — **EQUITY** JURISDICTION PRESERVED) |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

This matter is brought **in equity**, under the **original judicial power** and

**inherent equitable jurisdiction** of this Court as vested by **Article III, Section 1**

of the Constitution for the United States of America, and governed by the **Federal**

**Rules of Civil Procedure** subject to the **Rules Enabling Act**, **28 U.S.C. §§ 2071–**

**2072**.

Said jurisdiction is further constrained and protected by the **Bill of Rights**, which guarantees due process, equal protection, access to courts, and the inviolate right to petition for redress of grievances under the **First**, **Fifth**, **Seventh**, and **Ninth Amendments**.

Any procedural rule, local order, or judicial act that infringes upon these constitutional guarantees, or that abridges, enlarges, or modifies substantive rights, is **void ab initio** and without legal force or effect.

This Court **sits as a Court of Record in equity**, bound by the Constitution, the Bill of Rights, and the maxims of law and conscience.

Under **28 U.S.C. § 2072(b)**, the Rules "***shall not** abridge, enlarge, or modify any substantive right.*"

Substantive rights in equity, once established by verified record, **cannot be denied, altered, or extinguished** by procedural devices, judicial discretion, or statutory pretense.

The Court is bound to adjudicate according to **equity, contract, trust, and constitutional guarantees**, not to bury rights in **bureaucratic technicalities or administrative concealment**.

All **statutory presumptions of voluntary jurisdiction** are expressly **denied, rebutted, and non-assumed.**

All rights are fully reserved **without prejudice** pursuant to **UCC §§ 1-308 and 3-402**, preserving every lawful and equitable defense.

**COMES NOW Kevin: of the Realworldfare Family (formerly Kevin: of the Walker Family)**, in his full private capacity as a natural born, sovereign, free-born man, proceeding ***sui juris***, in equity with clean hands and in good faith, as ***Real Party In Interest, Beneficial Title Holder, Secured Party, Injured Party In Fact, Executor, Creditor, Heir, and Equitable* Claimant**, by ***Special Limited Appearance* only and *Special Limited Visitation* only, not** appearing as

surety for any artificial entity or LEGAL FICTION, **not** as a 14th Amendment U.S. citizen, **not** as a corporate "person," **not** pro se, **not** pro per, and **not** through any fictitious legal construct — but as one of the P**eople**, standing upon the **land and soil jurisdiction** for the *De Jure* **Texas Republic**, *without* adhesion, contract, or submission to any foreign corporate entity posing as government.

**Rebuttal of Presumptions:**

1. Any presumption that the undersigned is a voluntary participant in a federal or state franchise is hereby expressly rebutted.

2. Any presumption that the undersigned is a ward, subject, or surety for any all-caps entity, legal fiction, or ens legis is rebutted and denied *nunc pro tunc, ab initio.*

3. Any presumption that appearance constitutes consent, waiver, or submission to jurisdiction is expressly rejected; all participation herein is by **special visitation**, for the sole purpose of demanding equitable remedy, correction of record, and redress of injury.

4. Any presumption that "United States citizen" status attaches is rebutted as false, misleading, and unsupported by lawful contract or voluntary intent. The undersigned stands only as **a private American national, holder in due course, and beneficial title holder** under the principles of natural law, equity, and trust.

**Invocation of Jurisdiction:**

Plaintiff/Real Party In Interest/Executor/Secured Party/Heir/Injured Party In Fact hereby invokes this Court's **original jurisdiction in equity** and demand adjudication according to verified fact, sworn evidence, and the controlling principles of law, equity, contract, and trust.

This *special limited* appearance is entered **without waiver and without prejudice**, with full reservation of all rights under **U.C.C. §§ 1-308 and 1-103**,

preserving every inherent, unalienable right recognized by the **Constitution for the United States of America (1789)**, the **Bill of Rights (1791)**, and the **Declaration of Independence (1776)** — including the rights to life, liberty, property, and access to remedy in law and in equity.

Plaintiff proceeds as **Real Party in Interest, Secured Party, Injured Party in Fact, Heir, and Master Beneficiary**, invoking this Court's original and inherent **Article III jurisdiction in equity**, which guarantees inviolate due process, protection of property, and restoration of remedy where law has failed.

Government exists only as a trust. When its trustees act in fraud or bad faith, the beneficiaries are not compelled to endure usurpation. The **Declaration of Independence** affirms that "whenever any form of government becomes destructive of these ends, it is the Right of the People to alter or abolish it."

Plaintiff/Real Party In Interest/Executor/Secured Party/Heir/Injured Party In Fact proceeds under **Common Law — the law of the land** — which recognizes that rights are antecedent to government and that no man may be deprived of property or liberty without lawful judgment of peers or due process. Equity acts upon the conscience to prevent **fraud, oppression, and unjust enrichment.**

Plaintiff/Real Party In Interest/Executor/Secured Party/Heir/Injured Party In Fact *specially* appears **not as a consenting corporate fiction**, but as a natural born living man invoking the full protections of **law and equity**, the **Constitution**, the **Bill of Rights**, the **Declaration of Independence**, and the **maxims of Common Law**, against simulated legal process, fraud, and color-of-law deprivation.

All immunities and rights are expressly reserved pursuant to:

- **U.C.C. § 1-308** – Reservation of rights
- **U.C.C. § 3-501** – Presentment and protest

- **Article I, § 10** – No law impairing the obligation of contract

- **42 U.S.C. § 1983** – Deprivation of rights under color of law

- and the organic law and **maxims of equity**.

There exists **no plain, speedy, or adequate remedy at law.** I have been deprived of private trust property, dispossessed without lawful jurisdiction, denied due process, and obstructed from every statutory avenue of redress. The law provides no substitute; statutory remedies are exhausted, and the fraud perpetrated under color of law can only be corrected in **equity**.

As the Supreme Court declared, *"Equity will not suffer a wrong without a remedy"* (**Marbury v. Madison**, 5 U.S. 137 (1803)). Where law fails, equity steps in to do justice.

Accordingly, this Court **sits in equity alone** with exclusive and unavoidable duty to restore possession, quiet title, vacate void acts, and grant full restitution. Any refusal to act would not merely deny justice — it would **ratify fraud, theft, and treason under color of law.**

**Equity alone remains. There is no alternate avenue.**

## I. *VERIFIED* INTRODUCTION

Plaintiff, **Real Party in Interest, Injured Party in Fact, and Secured Party**, **Kevin: Realworldfare**, now enters this **Verified Notice of Anticipated Procedural Misconduct and Formal Objection**, duly executed **under penalty of perjury pursuant to 28 U.S.C. § 1746**, and incorporated into the official record as a verified judicial and equitable instrument.

This *Verified* Notice is filed **preemptively and as a matter of right** to **bar and nullify** any anticipated or collusive attempt by the Defendants—or by any attorney, clerk, or judicial officer acting in concert with them—to manufacture, submit, or entertain any **unverified or procedurally void "motion to dismiss" or "motion to transfer"**, whether filed individually or collectively.

Any such filing would constitute **a fraud upon the court**, a **jurisdictional trespass**, and a **deliberate violation of the Federal Rules of Civil Procedure**, the **Fifth and Fourteenth Amendments**, and the **fiduciary oath of office** imposed on every public officer by **Article VI, Clause 3 of the United States Constitution**.

The Plaintiff places all parties and officers of the court **on binding judicial notice** that any such procedural misconduct—filed without verified standing, lawful representation, or jurisdictional foundation—shall be treated as **a willful obstruction of justice, an act of collusion, and a violation of 18 U.S.C. §§ 241–242, 1503, and 1519**, carrying full legal and commercial consequences. Jurisdiction in equity has already attached through verified pleading, perfected service, and unrebutted affidavits. Therefore, no party, attorney, or judge may lawfully interfere, transfer, dismiss, or otherwise tamper with the adjudicative process **without committing fraud in fact and fraud in law**.

**Let the record reflect**: any unverified or unauthorized filing will be deemed **null, void, and without legal force ab initio**, and all who participate will be held **personally, civilly, and criminally liable** for deprivation of rights and breach of constitutional trust.

## II. *VERIFIED* COMPLAINT AS CONTROLLING EVIDENCE AND PROCEDURAL BAR TO *ANY* DISMISSAL

Plaintiff, Real Party in Interest, Injured Party in Fact, and Secured Party Kevin: Realworldfare, hereby places this Court and all parties on formal, verified notice that the **Verified Complaint** filed herein under **28 U.S.C. § 1746** stands as sworn testimony, verified fact, and prima facie evidence — not mere allegation.

Under **Trinsey v. Pagliaro**, 229 F. Supp. 647 (E.D. Pa. 1964), "**Statements in a motion to dismiss are not evidence. Facts stated in a verified complaint or affidavit must be taken as true in the absence of counter-affidavit.**"

Accordingly, any unverified or unsworn motion — including any purported *motion to dismiss* or *motion to transfer* — is legally incompetent, evidentially void, and **incapable of rebutting** the verified factual record now before the Court.

## A. *Verified* Complaint Transcends the Pleading Stage

A complaint verified under penalty of perjury pursuant to § 1746 satisfies both **Fed. R. Civ. P. 8(a)** and the evidentiary standard of **Fed. R. Civ. P. 56(c)**.

By verification, the pleading crosses the threshold from allegation to admissible evidence.

The matter therefore lies beyond the reach of Rule 12(b)(6) dismissal practice, which applies only to unverified pleadings.

Once verified, jurisdictional and factual predicates become **self-executing**, requiring adjudication on the merits — not dismissal by motion or judicial fiat.

Any contrary attempt constitutes procedural fraud and denial of due process.

## B. *Unverified* Motions Are Void and Inadmissible

Under **Fed. R. Civ. P. 11(a)**, every pleading and motion must be signed by the party personally or by counsel of record, certifying its factual and legal validity.

An unverified motion unsupported by affidavit or admissible evidence **cannot contradict a verified complaint** and must be disregarded as a nullity.

The Supreme Court has made clear that "verified statements carry evidentiary weight equivalent to affidavits." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986).

Thus, any unverified "motion to dismiss" or "motion to transfer" would be procedurally void, jurisdictionally defective, and fraudulent on its face.

## C. Jurisdiction Has Already Attached

This Court's jurisdiction has been perfected through verified pleading, lawful service under **Fed. R. Civ. P. 4(i)** and **5(b)(2)(C)**, and unrebutted affidavits on record.

Under **Marbury v. Madison**, 5 U.S. 137 (1803), every right must have a remedy, and where jurisdiction once attaches, it cannot be divested by motion, evasion, or collusion.

To attempt to do so would be to nullify Article III, Section 2, and violate the Fifth Amendment's guarantee of due process.

## D. Procedural Estoppel and Constructive Admission

Silence, refusal, or failure to rebut a verified complaint constitutes tacit admission under **U.C.C. §§ 1-201, 1-303, 2-206, and 1-308**, and estops all Defendants from disputing jurisdiction or fact.

An unrebutted verified pleading stands as **truth in commerce** and **truth in law**, enforceable as a binding judicial admission.

See *Thompson v. United States*, 312 F.2d 516 (10th Cir. 1962) ("An unrebutted affidavit stands as admitted truth.")

## E. The Motion-to-Dismiss Stage Is Closed

Because the Verified Complaint has been executed under penalty of perjury, properly served, and remains unrebutted, this matter has procedurally surpassed the Rule 12 phase.

No further "motion to dismiss" is available as a matter of law.

To entertain one would be an act **ultra vires**, in open defiance of controlling precedent and the Rules Enabling Act, **28 U.S.C. § 2072(b)**, which forbids any rule or procedure that "abridges, enlarges, or modifies any substantive right."

## F. Legal Consequence of Violation

Any judicial officer or attorney who entertains, files, or grants such a motion despite the verified record commits **fraud on the court** (*Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944)), obstruction of justice under **18 U.S.C. §§ 1503 and 1519**, and deprivation of rights under **18 U.S.C. §§ 241 and 242**.

VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

Such conduct extinguishes immunity and invokes personal liability under *Ex parte Virginia*, 100 U.S. 339 (1879).

## Section Conclusion

The verified complaint is the **controlling evidentiary instrument** in this proceeding.

It stands unrebutted, fully establishing jurisdiction, fact, and injury.

No unverified pleading, no collective motion, and no judicial maneuver can lawfully displace it.

**Any** attempt to do so will be treated as willful fraud, procedural misconduct, and bad-faith obstruction, warranting sanctions, vacatur, and personal liability.

## III. ANTICIPATED UNLAWFUL CONDUCT

Plaintiff has been informed that **Defendant Therese Bailey** has declared an intent to file a "motion on behalf of all defendants."

Such a maneuver would be **jurisdictionally void, procedurally defective, and criminally reckless** on its face, for the following reasons:

1. **Lack of Standing and Authority** – Each named Defendant is a distinct legal entity, required to appear **individually and through properly authorized counsel** under **28 U.S.C. § 1654** and **Fed. R. Civ. P. 11(a)**. No private actor, including Therese Bailey, may lawfully file pleadings or make representations for any other party, corporate or governmental.

2. **Unauthorized Practice of Law** – Any attempt by Bailey to act for other Defendants—particularly judicial officers, corporate entities, or public officials—constitutes **unauthorized practice of law**, a direct violation of **18 U.S.C. § 242**, **18 U.S.C. § 1341**, and applicable bar rules. Such conduct is inherently fraudulent, for it fabricates legal representation where none exists and deceives the Court as to the parties' true posture.

3.  **Conflict of Interest and Collusion** – Federal and state judges named as Defendants cannot be represented by the same private attorney accused of colluding with them in the same enterprise. Any such appearance is an act of **collusive obstruction**, proscribed under **18 U.S.C. §§ 1503, 1519**, and the ethical canons governing impartiality and candor to the tribunal.

4.  **Fraud on the Court** – A collective motion filed without verified authority or individual signature under **Rule 11(a)** is a **nullity** and a **fraud upon the court**. It carries no legal force, creates no obligation for the Plaintiff to respond, and must be **stricken sua sponte** upon filing. See *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).

5.  **Obstruction of Due Process** – Any filing purporting to speak for all Defendants without proof of authorization is an overt act of **procedural obstruction** designed to confuse the record, delay adjudication, and conceal liability. Such action further compounds the ongoing racketeering and color-of-law violations already alleged in the Verified Complaint.

Accordingly, **any "collective motion" or unverified filing made by Therese Bailey—or any other Defendant on behalf of multiple parties—*shall* be deemed a willful act of fraud, unauthorized practice of law, and obstruction of justice**, subjecting the filer to personal sanctions, disqualification, and referral for criminal investigation. The Plaintiff places the Court on direct notice that any acceptance or consideration of such a filing would itself constitute participation in the misconduct and violation of **the Fifth Amendments' Due Process guarantees**.

## IV. *VERIFIED* NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL

Plaintiff, Real Party in Interest, Injured Party in Fact, and Secured Party, Kevin: Realworldfare, hereby provides this Court with verified and judicially cognizable

notice of an **irredeemable conflict of interest** between co-defendants *Marinaj Properties LLC*, *John Bailey*, *Therese Bailey*, and *The Bailey Legal Group*, each of whom is named as a **principal tortfeasor, co-conspirator, and material participant** in the same underlying fraudulent conduct.

## A. Conflict of Interest Is Direct, Material, and *Non*-Waivable

Under **Rule 1.7(a)** of the *ABA Model Rules of Professional Conduct* (adopted by this and all federal courts), an attorney "shall not represent a client if the representation involves a concurrent conflict of interest," defined as a circumstance where "the representation of one client will be directly adverse to another client."

The Baileys and their firm are named as direct defendants for **fraud, collusion, conversion, obstruction, and racketeering** alongside *Marinaj Properties LLC*. They are not merely tangentially related — they are factually and legally intertwined as **joint tortfeasors**.

As such, *The Bailey Legal Group* cannot ethically or lawfully represent *Marinaj Properties LLC*, as doing so would require defending both their own misconduct **and** that of their corporate co-defendant, whose liability is inextricably tied to theirs. No waiver, consent, or disclosure can cure such a conflict because it is *structural* and *adversarial*, not theoretical or logistical.

See *Wheat v. United States*, 486 U.S. 153 (1988) — holding that courts must prevent conflicted representation that undermines fairness or the integrity of proceedings.

## B. Representation of Co-Defendants Constitutes Fraud and Collusion

By purporting to file a collective motion "on behalf of all defendants," *Therese Bailey* has already crossed the threshold into **fraud on the court** and **unauthorized representation**, violating:

- **28 U.S.C. §§ 516–519**, which reserve exclusive authority to represent the United States and its officers to the Department of Justice;

VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST
AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

- **Fed. R. Civ. P. 11(a)**, which requires that every motion be signed by each party or attorney personally representing that party; and

- **18 U.S.C. §§ 241, 242, and 1519**, prohibiting conspiracy, deprivation of rights, and falsification of judicial records.

The Baileys' self-representation and simultaneous representation of a co-defendant entity in which they are adverse constitutes **impossible dual capacity** and **actual obstruction** of justice.

Any document they file under such conflict is **void ab initio**, infected by collusion, and incapable of conferring lawful standing or procedural legitimacy.

## C. Court's *Duty* to Strike Conflicted Appearance

Under **Fed. R. Civ. P. 12(f)** and **the Court's inherent supervisory powers**, the Court has both the authority and the obligation to strike any pleading, filing, or appearance tainted by conflict, fraud, or dual representation.

See *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944) (fraud on the court voids all subsequent proceedings); *In re Murchison*, 349 U.S. 133 (1955) (a proceeding tainted by bias or conflict is constitutionally invalid).

This Court cannot — consistent with its own oath and duty — permit counsel to act simultaneously as both accused party and purported representative of another defendant in the same case.

To do so would erode due process, destroy impartiality, and render any resulting order void for structural bias.

See *Tumey v. Ohio*, 273 U.S. 510 (1927); *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009).

## D. Commercial and Fiduciary Implications

Because this matter proceeds in verified equity, every participant stands as a fiduciary to the record.

The Baileys, as named defendants, are in commercial default, having failed to rebut

verified affidavits of fact and notice of dishonor already entered into the record. Their continued attempts to appear or act on behalf of *Marinaj Properties LLC* constitute a direct **breach of fiduciary duty**, **fraudulent representation**, and **obstruction under color of law**, actionable under **42 U.S.C. §§ 1983, 1985(3)** and **18 U.S.C. §§ 1519, 1341, and 1346**.

## E. Demand for Immediate Judicial Action

Plaintiff therefore demands, as a matter of right, that this Court:

1. **Strike any appearance, filing, or motion** made by *Therese Bailey, John Bailey, or The Bailey Legal Group* purporting to represent any other Defendant;

2. **Disqualify conflicted counsel** from further participation in these proceedings pursuant to *Wheat v. United States*, 486 U.S. 153 (1988);

3. **Enter judicial notice** that the Baileys' representation of *Marinaj Properties LLC* is an ethical and procedural nullity; and

4. **Preserve the integrity of the proceedings** by preventing further collusion, ex parte coordination, or fraudulent joint filings under Fed. R. Civ. P. 11(c), 12(f), and 60(b)(3).

## F. *Verified* Section Conclusion

The record now reflects a clear, documented, and unrebuttable conflict of interest between *Marinaj Properties LLC* and its purported counsel-defendants.

No filing, motion, or appearance originating from such conflicted representation carries any legal effect or jurisdictional validity.

Any judge, clerk, or officer who proceeds in reliance on such a filing knowingly participates in fraud upon the court and forfeits all claims of immunity.

This Court is now on notice and bound by its oath to act in equity, strike the conflicted filings, and preserve the integrity of justice under **Article III**, **the Fifth Amendment**, and **its own constitutional trust obligation**.

## V. *REQUIREMENT* OF SEPARATE REPRESENTATION AND COUNSEL

1. **Rule 11(a) Signature Mandate** — Every motion, pleading, or paper submitted to this Court must bear the personal signature of the individual attorney of record or, if the party appears *pro se*, the verified signature of that party. Any filing lacking such signature or authority is **procedurally void**, carries **no presumption of validity**, and must be **stricken sua sponte**. See *Fed. R. Civ. P. 11(a); Becker v. Montgomery*, 532 U.S. 757 (2001).*

2. **Exclusive Representation of Federal Officers** — Pursuant to **28 U.S.C. §§ 516–519**, only the **Attorney General of the United States** and duly appointed attorneys within the **U.S. Department of Justice** may represent the interests of the United States, its officers, or its judicial employees acting in any official capacity. These statutes admit of no exception. Any private attorney or law firm attempting to appear for a sitting or disqualified federal judge commits an act of **impersonation of a federal officer** and **unauthorized practice of law** in violation of **18 U.S.C. §§ 912, 1341, 1343, 242**.

3. **Absolute Bar Against Private Substitution** — No private attorney— including **Therese Bailey or John Bailey (who are also co-defendants)** —possesses statutory or constitutional standing to appear, file, or argue on behalf of any federal judge or official named as a Defendant in this action. Federal judicial officers cannot lawfully retain private counsel for defense in their official capacity; their representation lies solely with the Department of Justice. Any attempt to file pleadings "on behalf of all defendants," particularly federal officers, constitutes a **jurisdictional nullity** and an **open fraud upon the Court**.

4. **Void *Ab Initio* and Unenforceable** — **Any** motion to dismiss, transfer, or otherwise interfere with this proceeding filed by a private party—especially

one purporting to act for federal judges or officers—is **void *ab initio***, **unauthorized**, and **legally incapable of conferring any jurisdictional effect.** Such filings are non-responsive, obstructive instruments that **<u>must</u>** be **stricken from the record immediately** pursuant to *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944), and *Ex parte Virginia*, 100 U.S. 339 (1879).

5. **Notice of Consequences** — The Court and all parties are hereby placed on **verified notice** that any acceptance, consideration, or docketing of a pleading filed by an unauthorized private actor on behalf of multiple defendants will itself constitute **participation in fraud upon the court, dereliction of duty, and violation of due process under the Fifth Amendment.** The Plaintiff reserves full rights to pursue sanctions, disqualification, and personal liability under **42 U.S.C. § 1983**, **18 U.S.C. §§ 241–242**, and the **All Writs Act, 28 U.S.C. § 1651.**

## <span style="color:red">**VI. JURISDICTIONAL AND VENUE BARS TO TRANSFER**</span>

1. <span style="color:red">**Proper Venue and Jurisdiction *Perfected* in Washington, D.C.**</span> — This Verified Complaint was lawfully filed in the United States District Court for the District of Columbia under **28 U.S.C. § 1391(e)**, which expressly provides venue where *any defendant is an officer or employee of the United States acting under color of federal office.* The seat of supervision, commissioning, and oversight for all named federal judicial officers and agencies is located within Washington, D.C.—the constitutional seat of federal power. Venue is therefore not merely convenient; it is **mandatory and exclusive** under the controlling statute.

2. <span style="color:blue">**Jurisdiction Perfected by *Verified* Filing**</span> — Jurisdiction has been properly invoked under **28 U.S.C. §§ 1331, 1343(a)(3), 1361, 1651, and 2201–2202**, and perfected by verified affidavit pursuant to **28 U.S.C. § 1746**

and **Trinsey v. Pagliaro**, 229 F. Supp. 647 (E.D. Pa. 1964),** which requires that verified factual pleadings be taken as true where unrebutted.** The Court is therefore fully vested with original jurisdiction over all constitutional, statutory, and equitable claims alleged. No transfer or remand can lawfully divest this Court of that jurisdiction once properly attached.

3. **Transfer to a Tainted District Is *Constitutionally* Prohibited** — Any attempt to transfer this cause to the **Central District of California**—the very forum where multiple defendants sit as *accused judicial officers and co-conspirators*—would constitute an act of **structural bias**, **self-review**, and **forum manipulation**, each of which renders any resulting order **void ab initio**. The Supreme Court has repeatedly held that a tribunal tainted by financial, institutional, or personal interest in the outcome violates due process at its core. See *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009); *Tumey v. Ohio*, 273 U.S. 510 (1927). No litigant may be compelled to stand before a bench comprised of his own accusers.

4. **Appearance-of-Impartiality Rule Controlling** — Under *Liteky v. United States*, 510 U.S. 540 (1994), even the appearance of partiality constitutes a constitutional defect requiring recusal and reassignment. A "transfer" back into a district where the defendants themselves preside over the bench would be a deliberate re-entry into a forum already disqualified by verified affidavit and record. Such action would amount to **a denial of due process, equal protection, and access to an impartial tribunal**, violating both the Fifth Amendment and the Judicial Canons.

5. **Void for Structural Bias and Conflict of Interest** — No federal judge may sit in judgment over his own alleged misconduct, nor may a district court adjudicate claims against its own judicial officers. Any transfer to the Central District of California—where Defendants Sykes, Gee, and Marquez maintain

VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

chambers—would constitute **institutional self-protection masquerading as judicial process.** The law does not tolerate such incestuous adjudication. See *In re Murchison*, 349 U.S. 133 (1955) ("No man can be a judge in his own case.").

6. ***Mandatory* Retention by This Court** — This District, as the seat of federal supervision and the only neutral forum capable of impartial adjudication, **must retain exclusive jurisdiction** to preserve the integrity of these proceedings, prevent witness intimidation, and ensure constitutional compliance. Any deviation from that duty would constitute **judicial obstruction, abuse of discretion, and conspiracy under color of law** in violation of **42 U.S.C. §§ 1983, 1985(3)** and **18 U.S.C. §§ 241–242.**

7. **Notice of Estoppel and Consequences** — All parties are hereby placed on verified notice that any motion to transfer, remand, or re-route this cause to a conflicted district will be treated as **furtherance of fraud upon the court**, and all participants will be subject to **sanctions, disqualification, and personal liability** under the Constitution and federal law. The record of bias and misconduct already proven in the Central District of California precludes its jurisdiction forever under the doctrines of **structural error, judicial estoppel, and fundamental fairness.**

## VII. *VERIFIED* AND IRREBUTTABLE JURISDICTION

1. **Jurisdiction *Perfected* and Beyond Challenge** — This Court's jurisdiction is fully and conclusively vested pursuant to **28 U.S.C. §§ 1331, 1343(a)(3)–(4), 1361, and 1651(a)**, as well as **Article III, Section 2** of the United States Constitution. The verified pleading invokes **federal-question, civil-rights, mandamus, and equitable jurisdiction** in one unified proceeding. Once such jurisdiction is invoked through verified fact and law, it is **self-executing** and **cannot be divested by motion, inference, or**

VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

**discretionary act**. See *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83 (1998); *Marbury v. Madison*, 5 U.S. 137 (1803).

2. *Verified* **Bill in Equity/Complaint Equals** *Verified* **Affidavit in Law** — Filed under **28 U.S.C. § 1746**, this Verified Complaint stands as sworn testimony and competent evidence, carrying the full evidentiary force of a notarized affidavit. Under **Trinsey v. Pagliaro**, 229 F. Supp. 647 (E.D. Pa. 1964), no unverified motion, pleading, or argument of counsel may contradict or defeat verified facts on record. Every material allegation within the Verified Complaint must, therefore, be **taken as true and admitted** unless specifically rebutted by verified counter-affidavit based on personal knowledge. None exists.

3. *Unverified* **Motions Are Legal Nullities** — Any "motion to dismiss," "motion to transfer," or equivalent filing not verified under penalty of perjury fails as a matter of law. It is **procedurally void, jurisdictionally irrelevant, and evidentially worthless**. Rule 11(a) requires that every submission to the Court be signed and certified as truthful; when not verified, it is merely unsworn attorney argument—not evidence, not fact, and not law. See *United States v. Tweed*, 86 F. Supp. 2d 226 (N.D.N.Y. 2000); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986).

4. **Jurisdiction <u>Cannot</u> Be Evaded or Stripped by Fraudulent Pleading** — Once verified jurisdiction has attached, no inferior filing or fabricated procedural device can lawfully dislodge it. Courts have repeatedly held that jurisdiction, once attached, **"is not defeated by subsequent acts of the parties"** (*Chicot County Drainage Dist. v. Baxter State Bank*, 308 U.S. 371 (1940)). Any attempt to evade this Court's lawful authority through defective or collective motions amounts to **fraud upon the Court**, obstruction of justice, and further deprivation of rights under **18 U.S.C. §§ 241–242**.

5. **Verified Record Controls; All Else Is Void** — The Verified Complaint stands unrebutted and thereby constitutes a **final evidentiary record** establishing jurisdiction, facts, and claims as a matter of law. Any unverified motion to dismiss is **procedurally barred, factually void, and constitutionally ineffective.** The Court is bound by its oath, under **Article VI, Clause 3** of the Constitution, to honor verified facts and law before it and to disregard all contrary pleadings entered in fraud or without verification.

## VIII. EFFECT OF SILENCE, ACQUIESCENCE, AND REFUSAL OF SERVICE

1. **Service *Perfected* as *a Matter of Law*** — All named Defendants were duly served via *Certified Mail, Return Receipt Requested* in full compliance with **Fed. R. Civ. P. 4(i)**, **4(e)**, **5(b)(2)(C)**, and **28 U.S.C. § 1746**, thereby establishing *prima facie* proof of lawful service, actual notice, and jurisdictional attachment. The executed and verified Proof of Service stands unrebutted and, therefore, conclusively establishes service on all parties as a matter of law.

2. **Mailbox Rule — Delivery Perfected Upon Dispatch** — Under the long-standing **Mailbox Rule** affirmed in *Hagner v. United States*, 285 U.S. 427 (1932), and *Rosenthal v. Walker*, 111 U.S. 185 (1884), service is deemed complete and legally effective upon deposit of properly addressed correspondence, postage prepaid, with the United States Postal Service. Actual acceptance or acknowledgment is *irrelevant* to perfection; dispatch itself creates a conclusive presumption of delivery and notice. Once deposited, jurisdiction vests automatically and cannot be nullified by any later refusal, return, or pretense of non-receipt.

3. **Refusal Confirms Service and Perfects Jurisdiction** — The law is unambiguous: a party's deliberate refusal to receive or open certified

mail *confirms* rather than defeats service. Courts have uniformly held that refusal of service "is equivalent to actual receipt" and estops the refusing party from later contesting notice. *Lilly v. Federal Land Bank of St. Louis*, 18 F.2d 586 (8th Cir. 1927); *Mennonite Bd. of Missions v. Adams*, 462 U.S. 791 (1983). Therefore, any Defendant's failure or refusal to sign or accept certified correspondence only completes and strengthens jurisdiction *by operation of law*.

4.  **Tacit Acquiescence and Contractual Binding Effect** — Silence in the face of verified notice constitutes acceptance and agreement under **U.C.C. §§ 1-201(b)(3), 1-303, 2-206, and 1-308**, reinforced by **Article I, Section 10** of the United States Constitution prohibiting impairment of private contracts. Where a duty to respond exists—and it unquestionably does when one is duly served—silence operates as *tacit acquiescence*, forming an irrevocable contractual and judicial estoppel. See *Carmine v. Bowen*, 64 A. 932 (Pa. 1906). Thus, every Defendant's silence and failure to rebut verified service constitutes full legal acceptance, confession by acquiescence, and waiver of any objection to jurisdiction, venue, or process.

5.  **Service Record Conclusive and *Unrebutted*** — All USPS tracking confirmations, return receipts, and electronic-service proofs are preserved as Exhibits Z and AA. These verified exhibits stand unrebutted, unreversed, and unimpeached, thereby conclusively establishing personal and subject-matter jurisdiction. Under *United States v. Tweel*, 550 F.2d 297 (5th Cir. 1977), any governmental or judicial silence following verified notice constitutes deliberate acquiescence and bad faith. Accordingly, the record demonstrates complete and irreversible perfection of service upon all parties.

## IX. BREACH OF OATH AND LOSS OF IMMUNITY

1. **Judicial Oath as *Binding* Fiduciary *Contract*** — Each named judicial Defendant — *Sunshine Suzanne Sykes, Dolly Maizie Gee,* and *Raquel A. Marquez* — remains bound by the **Judicial Oath of Office**, a binding fiduciary contract requiring impartiality, fidelity to the Constitution, and adherence to due process. That oath is not ceremonial; it is a legal instrument of trust and accountability, enforceable under **5 U.S.C. §§ 3331–3333**, and constitutes a continuing condition precedent to the lawful exercise of judicial authority.

2. **Acts Outside Jurisdiction Are *Personal*, Not Judicial** — When a judicial officer acts *without jurisdiction* or in *complete defiance of due process*, such acts are **ultra vires** and fall entirely outside the scope of judicial immunity. The Supreme Court has made this unmistakably clear: "Where jurisdiction ceases, judicial immunity ends." *Ex parte Virginia*, 100 U.S. 339 (1879). Thus, any order, denial, interference, or concealment undertaken without lawful jurisdiction constitutes a *personal tort*, not a judicial act.

3. **Immunity Forfeited by Willful Misconduct and Fraud** — Fraud, concealment, and obstruction of justice are never judicial functions. When judges act knowingly to obstruct filings, conceal service, or protect co-defendants, they operate as private actors engaged in collusion and bad faith — not as neutral arbiters of law. Such misconduct nullifies immunity and exposes each to *personal civil and criminal liability* under **18 U.S.C. §§ 241, 242**, and **42 U.S.C. § 1983**. See *Rankin v. Howard*, 633 F.2d 844, 849 (9th Cir. 1980) ("Judges are not immune for acts manifestly beyond their jurisdiction.").

4. **Jurisdictional Void *Ab Initio*** — Every act taken by these judicial Defendants occurred *without lawful jurisdiction*, as jurisdiction was either

divested by removal under **28 U.S.C. § 1446(d)** or barred by direct conflict of interest under **28 U.S.C. §§ 144, 455**. Any order issued thereafter is void *ab initio*, carries no legal effect, and constitutes an act of *usurpation*, not adjudication. A void act confers no protection and cannot be retroactively cured. See *Valley v. Northern Fire & Marine Ins. Co.*, 254 U.S. 348 (1920).

5. **Clearfield Doctrine — Government Officials Liable as Private Actors** — Under *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943), when government officers or employees engage in commercial or administrative misconduct outside lawful authority, they "descend to the level of mere private individuals" and are subject to the same liabilities as any other person. Judicial officers who conceal filings, obstruct service, or falsify dockets act in their *private capacity* and forfeit every claim of sovereign or judicial immunity.

6. **Breach of Fiduciary Duty and Oath** — Each Defendant judge, by disregarding verified filings, interfering with jurisdiction, or aiding known co-defendants, has willfully breached her fiduciary oath and violated **Canon 1** (Integrity), **Canon 2** (Impartiality), and **Canon 3** (Diligence) of the *Code of Conduct for United States Judges*. A breached oath is the ultimate forfeiture of office; continued acts thereafter are void, contemptuous, and actionable.

7. **Legal Consequence — Immunity Terminated** — Accordingly, by operation of law, the named judges stand **divested of all immunity**, **stripped of judicial protection**, and **personally liable** for every act committed in furtherance of fraud, concealment, and obstruction. Their signatures, rulings, or administrative directives carry *no lawful force*, and every such act is **void, not voidable**. See *Bradley v. Fisher*, 80 U.S. 335 (1872) ("When a judge acts where he has no jurisdiction, he acts without authority and with no immunity.").

# X. NOTICE OF PROCEDURAL BAR

Plaintiff hereby places this Court and all parties **on verified and irrevocable notice** that:

1.  ***Unverified* or Unauthorized Motions Are Void** —

    Any attempt by any Defendant or private actor to file a motion to dismiss, transfer, or otherwise alter venue without verified standing, lawful representation, or proper counsel is **procedurally void, jurisdictionally defective, and legally frivolous**. Under *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944), such conduct constitutes **fraud on the court**, vitiating every order issued thereafter. Fraud destroys all judicial acts, jurisdiction, and records — leaving nothing to which validity can attach.

2.  **No Jurisdiction Attaches to a Void Motion** —

    A void act can neither confer nor invoke jurisdiction. See *Valley v. Northern Fire & Marine Ins. Co.*, 254 U.S. 348 (1920). Accordingly, **any order, minute entry, or ruling** issued upon a defective or unverified motion is **void ab initio** and without legal force. Such orders are subject to **immediate mandamus, vacatur, and sanctions**, and any judge or clerk participating in their enforcement becomes a complicit actor in an ongoing deprivation of rights.

3.  **Ministerial Duty to Uphold Procedural Integrity** —

    The Court is under a **non-discretionary, ministerial duty** to ensure all pleadings conform to **Fed. R. Civ. P. 11(a)** (signature and verification), **Rule 7(b)** (specificity of motions), and **Rule 12** (responsive pleadings). Failure to enforce these mandatory standards constitutes dereliction of duty, obstruction of justice, and constructive fraud.

4.  **Criminal Liability for Collusion and Obstruction** —

    Any continued ex parte coordination, suppression of filings, collusion with

Defendants, or misuse of judicial process will constitute **independent federal offenses** under:

- **18 U.S.C. § 241** – Conspiracy against rights;
- **18 U.S.C. § 242** – Deprivation of rights under color of law;
- **18 U.S.C. § 1503** – Obstruction of justice; and
- **18 U.S.C. § 1519** – Falsification or concealment of records in federal proceedings.

Each act in furtherance of these violations shall be treated as **personal, willful, and outside judicial capacity**, removing all immunity protections pursuant to *Ex parte Virginia*, 100 U.S. 339 (1879).

5. **Binding Estoppel by Notice and Acquiescence** —

This Verified Notice creates a **judicial estoppel and contractual bar** under **U.C.C. §§ 1-103, 1-308, 2-206**, and **Article I § 10** of the United States Constitution. Silence or failure to rebut this Notice within the record constitutes **tacit acquiescence, estoppel by conduct, and acceptance of all terms herein**. No further procedural gamesmanship will be tolerated or recognized as lawful.

6. **Final Legal Effect** —

Henceforth, any motion or action not filed in strict conformity with **federal law, verified standing, and proper counsel** shall be deemed a **nullity in law and equity**. All participants in such misconduct are hereby **noticed, warned, and bound** by this record. The Court's duty is clear: enforce the law, or stand complicit in its breach.

## XI. RESPECTFUL *DEMAND* FOR EQUITABLE ENFORCEMENT

Plaintiff hereby respectfully **demands, not requests**, that this Court discharge its **constitutional, fiduciary, and equitable obligations** as commanded by *Marbury v. Madison*, 5 U.S. 137 (1803), which holds that "it is emphatically the

VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

province and duty of the judicial department to say what the law is." This Court is therefore **bound by oath, not convenience**, to enforce the Constitution, protect vested rights, and uphold verified jurisdiction against all encroachments, evasions, and frauds perpetrated under color of law.

The verified complaint, executed under **28 U.S.C. § 1746**, stands as sworn evidence and binding affidavit. The **record of certified-mail service**, return receipts, and unrebutted filings establish **jurisdictional perfection, equitable standing, and lawful venue** beyond any challenge or discretion. Jurisdiction having once attached, it cannot be divested by motion, transfer, or judicial preference. *See United States v. Mine Workers*, 330 U.S. 258, 292 (1947).**\***

No dismissal, transfer, or other procedural interference can lawfully proceed absent **full adjudication on the verified merits** and factual injuries pled under **Article III § 2** and **42 U.S.C. § 1983**. Any act to dismiss, conceal, or transfer this action without resolving those verified claims constitutes:

- **Fraud upon the court** (*Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944));
- **Denial of due process** (*Mullane v. Central Hanover Bank*, 339 U.S. 306 (1950)); and
- **Violation of oath and constitutional contract** under **Article VI, Clause 3** and **Article I, Section 10**.

This Court's **equitable jurisdiction** is now invoked and **fully vested**. Equity regards that done which ought to be done; thus, the Court is **mandated to restore balance, fairness, and remedy** without obstruction or procedural deceit. Any refusal to enforce these duties or any attempt to evade adjudication through dismissal or transfer would constitute **active collusion in fraud**, **breach of oath**, and **personal participation in deprivation of rights** under **18 U.S.C. §§ 241–242**.

The Plaintiff therefore places this Court **on final notice**:

Failure to uphold the law as written, or to adjudicate upon the verified record as filed, shall be deemed a willful violation of oath and office, actionable in equity and law.

**Equity commands obedience, not evasion; justice demands performance, not pretense.**

## XII. *VERIFIED* CONCLUSION AND DEMAND FOR ENFORCEMENT

The _**verified**_ record now stands as **undisputed, unrebutted, and legally conclusive**. Jurisdiction is perfected, venue is proper, and the Defendants are in receipt of full and lawful notice. Any subsequent attempt to dismiss, transfer, or delay adjudication of this verified matter constitutes **fraud in fact, fraud in law, and treason against the constitutional order this Court is sworn to uphold.**

This Court and every officer within its jurisdiction are bound by **Article VI, Clause 3 of the United States Constitution** to uphold their oath, defend due process, and ensure equal protection of the law. Any deviation therefrom—whether through omission, silence, or complicity—constitutes **a breach of fiduciary duty**, **dereliction of constitutional trust**, and **forfeiture of immunity** under *Ex parte Virginia*, 100 U.S. 339 (1879).

The Plaintiff therefore **demands** that this Court enforce its equitable and constitutional obligations under **Marbury v. Madison**, 5 U.S. 137 (1803), and **Clearfield Trust Co. v. United States**, 318 U.S. 363 (1943), to apply the law as written and not as manipulated through fraud, presumption, or collusion.

Any unverified or unauthorized motion to dismiss, transfer, or otherwise obstruct this proceeding is **void ab initio**, carries no legal effect, and shall be entered into the record as evidence of procedural misconduct and criminal conspiracy under **18 U.S.C. §§ 241, 242, 1503, and 1519.**

The silence, acquiescence, or refusal of the Defendants to lawfully answer verified facts constitutes **tacit agreement, dishonor, and admission** under **U.C.C. §§ 1-201, 1-303, 2-206, and 1-308**, now binding in both law and equity.

Let the record show:

- The Verified Complaint stands **as the controlling instrument of fact and law**.
- Jurisdiction is attached and cannot be defeated by fraud or motion.
- Any further procedural manipulation will invoke **summary adjudication, sanctions, and independent civil and criminal liability** for all participating officers.

This Court is now placed on full and final notice: **equity will not suffer a wrong without a remedy**, and any officer who acts outside lawful jurisdiction does so **at personal peril and without immunity**.

Executed under penalty of perjury pursuant to **28 U.S.C. § 1746**, this Verified Conclusion stands as a lawful and self-executing judicial notice and demand for constitutional enforcement.

//

//

//

//

//

//

//

//

//

//

//

## VERIFICATION:

## Pursuant to 28 U.S.C. § 1746

I, <u>Kevin: of the Realworldfare Family (formally Kevin: of the Walker Family)</u>, a natural born living man, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this <u>12th</u> day of <u>November</u> in the year of Our Lord two thousand and twenty five, *without* the United States.

> **All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

By: _____

**Kevin: Realworldfare**, Real Party In Interest,
*Secured Party, Injured Party, Heir, Creditor*

//
//
//
//
//
//
//
//
//
//
//
//