Express Mail No. ER243124674US — Date: November 12, 2025

# VERIFIED EXHIBIT LIST IN SUPPORT:

1. **Exhibit A** — *NOTE/negotiable instrument (UCC § 3-104)* – Lawfully tendered and accepted for full discharge of any and all alleged obligations, extinguishing any purported debt associated with the subject property.

2. **Exhibit B** — *Deed of Trust/negotiable instrument (UCC § 3-104) – Lawfully Discharged* – Instrument evidencing the elimination of all purported encumbrances, liens, or debts under controlling UCC provisions and applicable California Commercial Code.

3. **Exhibit C** — *UCC-1 Financing Statement* No. 2024385925-4 – Perfected claim over any and all assets, including, without limitation, the Deed of Trust and associated Note, placing them under secured party control and outside Defendants' lawful reach.

4. **Exhibit D** — *UCC-1 Financing Statement* No. 2024385935-1 – Perfected claim over any and all assets, including, without limitation, the Deed of Trust and associated Note, placing them under secured party control and outside Defendants' lawful reach.

5. **Exhibit E** —UCC-1 Financing Statement No. 2025470746-9 —(Estate & All Assets)
Lawfully perfected and recorded UCC-1 Financing Statement securing Plaintiff's interest in all trust property, estate assets, and commercial collateral, rebutting any presumption of public debt or abandonment.

6. **Exhibit F — UCC-1 No. Filing No. 2025503601-1** — Establishes and perfects the secured party's interest in all collateral, including but not limited to securities, bonds, CRIS accounts, negotiable instruments, credits, and proceeds arising out of and connected to the all federal cases.

7. **Exhibit G** — *UCC-3 Amendment* – Confirming and maintaining the secured party's perfected claim over the Deed of Trust and Note.

8. **Exhibit H** — *UCC-3 Amendment* – Additional confirmation of perfected claim and enforcement of security interest over the Deed of Trust and Note.

9. **Exhibit I** — *Superior Grant Deed* – Recorded instrument proving Defendants hold no lawful or equitable title to the subject property, thereby nullifying any claim or cause of action under unlawful detainer or foreclosure pretenses.

10. **Exhibit J — BIRTH CERTIFICATE/BEARER BOND/BANK NOTE? INSTRUMENT Accepted for Value and Assignment of Interes**t

    Copy of Plaintiff's original Birth Certificate tendered and lawfully Accepted for Value, assigned, and returned with reservation of rights under UCC § 1-308 and public notice of fiduciary separation. This document evidences the transfer of liability, title, and commercial rights from the publicly registered ens legis trust to the private secured party creditor and authorized executor. It further establishes the Plaintiff's standing as the lawful controller of the estate and rebuts any implied joinder, suretyship, or statutory presumption used to justify unauthorized court actions or takings.

11. **Exhibit K — Hold Harmless and Indemnification Agreement**

    Executed declaration and lawful agreement establishing irrevocable indemnification of the Plaintiff from all liabilities, damages, actions, or claims arising out of the fraudulent conduct, simulated legal process, color-of-law trespass, and ultra vires acts committed by Defendants, their agents, assigns, and all associated parties. This document affirms that all third parties, courts, agencies, and foreign actors are estopped from shifting liability or presuming authority over Plaintiff's private trust, estate, or person. It also forms the basis for commercial enforcement and future lien action against any violators or trespassers.

12. **Exhibit L —  Affidavit of Truth: Power of Attorney in Fact**

Page 30 of 40

VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

Notarized and executed lawful instrument establishing Plaintiff's authority to act on behalf of the estate and trust as attorney-in-fact, with full capacity, commercial liability, and lawful standing.

13. **Exhibit M — Common Law Copyright and Trademark Declaration**

    Sworn declaration reserving full rights under common law and commercial law to the private name, estate, likeness, and trust property—securing private domain and prohibiting commercial impersonation.

14. **Exhibit N — <u>Verified</u> Affidavit of Identity**

    Notarized affidavit establishing sui juris status of Plaintiff, with legal standing as the living man, secured party, and beneficiary of private trusts, rebutting all presumptions of ens legis capacity.

15. **Exhibit O — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01450)**

    Official federal docket evidencing fraud, remand in violation of 28 U.S.C. §§ 1443(1) and 1446(d), suppression of pleadings, and judicial retaliation in complete absence of jurisdiction. Evidence and proof of judicial obstruction, improper case management, and simulated rulings issued while disqualified and under verified challenge.

16. **Exhibit P — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01434)**

    Official federal docket evidencing fraud, remand in violation of 28 U.S.C. §§ 1443(1) and 1446(d), suppression of pleadings, and judicial retaliation in complete absence of jurisdiction. Evidence and proof of judicial obstruction, improper case management, and simulated rulings issued while disqualified and under verified challenge..

17. **Exhibit Q — Docket Printout: Case No. 5:25-cv-01357 (Wesley L. Hsu → Sunshine Suzanne Sykes)**

Page 31 of 40

<u>VERIFIED</u> NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

Verified documentary evidence demonstrating judicial obstruction, unauthorized reassignment, and simulated adjudication following verified disqualification. The docket confirms that after lawful filing and assignment before Judge Wesley L. Hsu, the case was *improperly and irregularly transferred* to Judge **Sunshine Suzanne Sykes**, who had already been **formally challenged, verified as disqualified under 28 U.S.C. §§ 144 and 455**, and was **jurisdictionally divested of authority to act in any capacity.**

All subsequent actions, entries, and rulings made under Sykes's name constitute **fraud upon the court, obstruction of justice, and simulation of legal process** in direct violation of federal law and due process.

18. **Exhibit R — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01900)**

    Official federal docket evidencing continued rulings, docket entries, and judicial activity by Judge Sunshine Suzanne Sykes, despite a prior verified disqualification under 28 U.S.C. § 144.

    This docket demonstrates deliberate disregard for federal removal under 28 U.S.C. § 1443(1) and § 1446(d), along with procedural fraud, suppression of equity pleadings, and material judicial dishonor.

    Judge Sykes **knowingly ruled in her own disqualification**, failed to issue a transfer or reassignment, and **refused to acknowledge unrebutted affidavits** and jurisdictional defects on the record — constituting **fraud upon the court**, violation of **due process**, and **irreparable harm** to Plaintiff's person, trust, and estate.

    This Exhibit establishes conclusive evidence of **constitutional injury**, **lack of judicial neutrality**, and **ultra vires judicial action** in violation of the Canons of Judicial Conduct, binding precedent, and mandatory statutory disqualification.

19. **Exhibit S — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01918)**

    Official federal docket evidencing continued rulings, docket entries, and judicial activity by Judge Sunshine Suzanne Sykes, despite a prior verified disqualification under 28 U.S.C. § 144.

    This docket demonstrates deliberate disregard for federal removal under 28 U.S.C. § 1443(1) and § 1446(d), along with procedural fraud, suppression of equity pleadings, and material judicial dishonor.

    Judge Sykes **knowingly ruled in her own disqualification**, failed to issue a transfer or reassignment, and **refused to acknowledge unrebutted affidavits** and jurisdictional defects on the record — constituting **fraud upon the court**, violation of **due process**, and **irreparable harm** to Plaintiff's person, trust, and estate.

    This Exhibit establishes conclusive evidence of **constitutional injury**, **lack of judicial neutrality**, and **ultra vires judicial action** in violation of the Canons of Judicial Conduct, binding precedent, and mandatory statutory disqualification.

20. **Exhibit T — <u>Verified</u> Criminal Complaint — Fraud Upon the Court, Judicial Collusion, Impersonation of Federal Authority, and Ongoing Deprivation of Rights Under Color of Law**

    Filed and verified criminal complaint evidencing a coordinated conspiracy among federal and state actors to suppress Plaintiff's lawful remedy, dispossess secured property, and obstruct the course of justice through fraudulent substitution of parties, simulated jurisdiction, and judicial retaliation. The complaint includes direct accusations of impersonation of federal authority, unlawful substitution of caption to "UNITED STATES OF AMERICA," conspiracy to deprive civil rights under 18 U.S.C. §§ 241, 242, 872, and 912, and

ongoing interference with Plaintiff's equity jurisdiction and trust corpus.

21. **Exhibit U — <u>Verified</u> Affidavit of Truth Regarding Jurisdictional Violations, Fraud, and Color-of-Law Trespass**

    Affirmed and notarized affidavit of material fact establishing the ongoing pattern of jurisdictional fraud, simulated legal process, denial of due process, and trespass upon private trust estate. This unrebutted affidavit, served upon multiple parties and courts, affirms that Plaintiff's property and rights have been continually violated by actors lacking lawful authority, standing, or jurisdiction. It specifically details the structural and procedural fraud committed by named Defendants, including ultra vires orders, impersonation of lawful authority, and systemic retaliation against equity-based pleadings.

22. **Exhibit V — Notice of Affidavit and Verified Affidavit Establishing Void Title Transfer, Perfected Secured Interest, Simulated Legal Process, Unlawful Detainer Fraud, and Exclusive Equitable Possession** (Filed July 8, 2025, Docket No 53, Case No. 5:25-cv-01434, C.D. Cal.)

23. **Exhibit W – Affidavit Certificate of Dishonor, Non-Response, Default, Judgment, and Lien Authorization** (including Self-Executing Contract and Security Agreement, dated March 22, 2025; notarized affidavit establishing dishonor, fraud, deprivation of rights under color of law, and $100,000,000 stipulated judgment and lien against Defendants/Respondents).

24. **Exhibit X –** *USPS Forms 3811 (Green Cards)* **–** Return Receipts for service of Affidavits, Notices of Default, and Security Agreements upon Defendants, evidencing lawful presentment, delivery, and dishonor through non-response.

25. **Exhibit Y – Affidavit Certificate of Dishonor, Non-Response, Default, Judgment, and Lien Authorization** (for fraudulent trustee).

Page 34 of 40

VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER

26. **Exhibit Z —** *United States Postal Service Certified Mail and Registered Mail Confirmations*

    Proof of service for each Defendant and federal officer under **Fed. R. Civ. P. 4(i)** and **5(b)(2)(C)**, establishing lawful mailing, custody, and delivery under the **Mailbox Rule**, **Hagner v. United States**, 285 U.S. 427 (1932), and **28 U.S.C. § 1746**.

27. **Exhibit AA —** *Verified Electronic Mail Service Confirmations*

    Authenticated proof of email transmission to each Defendant and agency, confirming dual service and receipt consistent with **Rule 5(b)(2)(E)** and prior contractual acceptance of electronic notice under **Article I, Section 10** (no impairment of contract).

28. **Exhibit BB —** *Judicial Acknowledgment and Proof of Receipt by Defendant Sykes*

    Certified copy of docket entry and order personally signed by **Defendant Sunshine-Suzanne Sykes** in *WG Private Irrevocable Trust v. Marinaj Properties LLC* (Case No. 5:25-cv-01900, C.D. Cal., Dkt. 33), constituting direct **judicial acknowledgment of notice, receipt, and jurisdictional attachment** while enforcing an unlawful gag order, thereby establishing **actual notice, estoppel, and confession of service** under **Fed. R. Evid. 801(d)(2)** and **Hazel-Atlas Glass Co. v. Hartford-Empire Co.**, 322 U.S. 238 (1944).

29. Exhibit CC — **Oath of Office of the Presiding Judicial Officer,** *Hon. Dabney L. Friedrich*

//
//
//
//
//

Express Mail No. ER243124674US — Date: November 12, 2025

# P R O O F   O F   S E R V I C E

STATE OF TEXAS              )
                            )  ss.
COUNTY OF WILLIAMSON        )

   I competent, over the age of eighteen years.  My mailing address is, **care of:** 2082 Highway 183 #170-229, Leander, Texas.  On or about **November 12, 2025**, I served the within documents:

1. **VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER**

2.                                Exhibit CC

  **By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Williamson County, Texas, and sent via Certified, Express, or Registered Mail with a form 3811.

   **Sunshine-Suzanne: Sykes**
   3470 Twelfth Street
   Riverside, Californi [92501-3801]
   Certified Mail #7022 2410 0001 7110 3479 with form 3811


   **Dolly-Maizie: Gee**
   3470 Twelfth Street

Riverside, Californi [92501-3801]
Certified Mail #7022 2410 0001 7110 3479 with form 3811

**Raquel: Marquez**
4050 Main Street
Riverside, California [92501]
Certified Mail #7022 2410 0001 7119 3486 with form 3811

**John L. Bailey (#103867), Therese Bailey (#171043)**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
Certified Mail #7022 2410 0001 7119 3493 with form 3811

**THE BAILEY LEGAL GROUP**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
Certified Mail #7022 2410 0001 7119 3493 with form 3811

**Naji: Doumit, Daniel Doumit, Mary Doumit, MARINAJ PROPERTIES LLC**
1130 South Tamarisk Drive
Anaheim, California [92807]
Certified Mail #7022 2410 0001 7118 5368 with form 3811

**Naji: Doumit, Daniel: Doumit, Mary: Doumit, MARINAJ PROPERTIES LLC**
C/o **THE BAILEY LEGAL GROUP**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
Certified Mail #7022 2410 0001 7119 3493 with form 3811

**Bilal-Ali: Essayli**
Office of the U.S. Attorney for the Central District of California
300 N. Los Angeles St. Suite 7516
Los Angeles, California [90012]
Certified Mail #7022 2410 0001 711 5375 with form 3811

**Jeanine-Ferris: Pirro**
Office of the U.S. Attorney for the District of Columbia
601 D Street, North West
Washington, District of Columbia [20579]
Certified Mail #7022 2410 0001 7119 3462 with form 3811

**Pam Bondi**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001
Certified Mail #7022 2410 0001 7119 3455 with form 3811

**Rob: Bonta**
Attorney General's Office

Express Mail No. ER243124674US — Date: November 12, 2025

455 Golden Gate Ave., Suite 11000
San Francisco, California [94102]
Certified Mail #7022 2410 0001 7118 5382 with form 3811

**Clerk(s)**
U.S. District Court for the District of Columbia
*Attn:* Civil Intake Section
333 Constitution Avenue NW
Washington, District of Columbia [20001]
Express Mail No. ER243124674US with form 3811

On or about **November 12, 2025**, I served the within documents, **by Electronic Service.** Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

**Naji: Doumit, Daniel Doumit, Mary Doumit, MARINAJ PROPERTIES LLC**
1130 South Tamarisk Drive
Anaheim, California [92807]
louisatoui3@yahoo.com
najidoumit@gmail.com

**John L. Bailey (#103867), Therese Bailey (#171043)**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
jbailey@tblglaw.com
tbailey@tblglaw.com
klacroix@tblglaw.com

**THE BAILEY LEGAL GROUP**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
jbailey@tblglaw.com
tbailey@tblglaw.com
klacroix@tblglaw.com

**Sunshine-Suzanne: Sykes**
3470 Twelfth Street
Riverside, Californi [92501-3801]
SSS_Chambers@cacd.uscourts.gov

**Dolly-Maizie: Gee**
3470 Twelfth Street
Riverside, Californi [92501-3801]
DMG_Chambers@cacd.uscourts.gov

Express Mail No. ER243124674US  — Date: November 12, 2025

**Bilal-Ali: Essayli**
Office of the U.S. Attorney for the Central District of California
312 North Spring Street, Suite 1200
Los Angeles, California [90012]
USACAC.CV-CivilRights@usdoj.gov

**Pam: Bondi**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, District of Columbia [20530-0001]
criminal.Division@usdoj.gov
usacac.criminal@usdoj.gov

**Rob: Bonta**
Attorney General's Office
1300 "I Street
San Francisco, California [95814]
Police-Practices@doj.ca.gov
piu@doj.ca.gov

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.  Executed on **November 12, 2025** in Williamson County, Texas.

**All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

                                                              */s/Chris Yarbra/*
                                                               Chris Yarbra

**NOTICE**:

Using a notary on this document does ***not*** constitute joinder adhesion, or consent to any foreign jurisdiction, ***nor does it alter my status in any manner.*** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

Express Mail No. ER243124674US  — Date: November 12, 2025

## **ACKNOWLEDGEMENT:**

| | |
|---|---|
| State of Texas | ) |
| | ) ss. |
| County of Williamson | ) |

On this <u>12th</u> day of <u>November</u>, <u>2025</u>, before me, <u> Dixie Jo Forkl </u>, a Notary Public, personally appeared <u>Kevin: Realworldfare</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


_____ Seal:



# -Exhibit CC-

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Dabney L. Friedrich_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __1st__ day of __December 2017__.

_____
Chief Judge

Actual abode: (b) (6)
Official station*: Washington, DC
Date of birth: (b) (6)
Date of Entry on Duty: 12/1/17

---

* Title 28, sec. 456 United States Code as amended.