# <u>VERIFIED EXHIBIT LIST IN SUPPORT:</u>

1. **Exhibit A — *NOTE/negotiable instrument (UCC § 3-104)*** – Lawfully tendered and accepted for full discharge of any and all alleged obligations, extinguishing any purported debt associated with the subject property.

2. **Exhibit B — *Deed of Trust/negotiable instrument (UCC § 3-104)* – *Lawfully Discharged*** – Instrument evidencing the elimination of all purported encumbrances, liens, or debts under controlling UCC provisions and applicable California Commercial Code.

3. **Exhibit C — *UCC-1 Financing Statement* No. 2024385925-4** – Perfected claim over any and all assets, including, without limitation, the Deed of Trust and associated Note, placing them under secured party control and outside Defendants' lawful reach.

4. **Exhibit D — *UCC-1 Financing Statement* No. 2024385935-1** – Perfected claim over any and all assets, including, without limitation, the Deed of Trust and associated Note, placing them under secured party control and outside Defendants' lawful reach.

5. **Exhibit E —UCC-1 Financing Statement No. 2025470746-9 —(Estate & All Assets)**

   Lawfully perfected and recorded UCC-1 Financing Statement securing Plaintiff's interest in all trust property, estate assets, and commercial collateral, rebutting any presumption of public debt or abandonment.

6. **Exhibit F — UCC-1 No. Filing No. 2025503601-1** — Establishes and perfects the secured party's interest in all collateral, including but not limited to securities, bonds, CRIS accounts, negotiable instruments, credits, and proceeds arising out of and connected to the all federal cases.

7. **Exhibit G — *UCC-3 Amendment*** – Confirming and maintaining the secured party's perfected claim over the Deed of Trust and Note.

<u>VERIFIED</u> NOTICE OF DEFENDANT THERESE BAILEY'S WRITTEN ADMISSION AND CONFESSION OF ACTUAL NOTICE, RECEIPT OF SERVICE, BAD-FAITH STATEMENTS REGARDING SUMMONS AND DOCUMENTS IN AN ATTEMPT TO OBSTRUCT FEDERAL PROCESS AND EVADE FEDERAL ACCOUNTABILITY AND COMPLETE WAIVER AND EXTINCTION OF ALL SERVICE-BASED AND RULE 12(B) DEFENSES

8.   **Exhibit H — *UCC-3 Amendment*** – Additional confirmation of perfected claim and enforcement of security interest over the Deed of Trust and Note.

9.   **Exhibit I — *Superior Grant Deed*** – Recorded instrument proving Defendants hold no lawful or equitable title to the subject property, thereby nullifying any claim or cause of action under unlawful detainer or foreclosure pretenses.

10.  **Exhibit J — BIRTH CERTIFICATE/BEARER BOND/BANK NOTE? INSTRUMENT Accepted for Value and Assignment of Interes**t

Copy of Plaintiff's original Birth Certificate tendered and lawfully Accepted for Value, assigned, and returned with reservation of rights under UCC § 1-308 and public notice of fiduciary separation. This document evidences the transfer of liability, title, and commercial rights from the publicly registered ens legis trust to the private secured party creditor and authorized executor. It further establishes the Plaintiff's standing as the lawful controller of the estate and rebuts any implied joinder, suretyship, or statutory presumption used to justify unauthorized court actions or takings.

11.  **Exhibit K — Hold Harmless and Indemnification Agreement**

Executed declaration and lawful agreement establishing irrevocable indemnification of the Plaintiff from all liabilities, damages, actions, or claims arising out of the fraudulent conduct, simulated legal process, color-of-law trespass, and ultra vires acts committed by Defendants, their agents, assigns, and all associated parties. This document affirms that all third parties, courts, agencies, and foreign actors are estopped from shifting liability or presuming authority over Plaintiff's private trust, estate, or person. It also forms the basis for commercial enforcement and future lien action against any violators or trespassers.

12. **Exhibit L —  Affidavit of Truth: Power of Attorney in Fact**

Notarized and executed lawful instrument establishing Plaintiff's authority to act on behalf of the estate and trust as attorney-in-fact, with full capacity, commercial liability, and lawful standing.

13. **Exhibit M — Common Law Copyright and Trademark Declaration**

Sworn declaration reserving full rights under common law and commercial law to the private name, estate, likeness, and trust property—securing private domain and prohibiting commercial impersonation.

14. **Exhibit N — <u>Verified</u> Affidavit of Identity**

Notarized affidavit establishing sui juris status of Plaintiff, with legal standing as the living man, secured party, and beneficiary of private trusts, rebutting all presumptions of ens legis capacity.

15. **Exhibit O — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01450)**

Official federal docket evidencing fraud, remand in violation of 28 U.S.C. §§ 1443(1) and 1446(d), suppression of pleadings, and judicial retaliation in complete absence of jurisdiction. Evidence and proof of judicial obstruction, improper case management, and simulated rulings issued while disqualified and under verified challenge.

16. **Exhibit P — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01434)**

Official federal docket evidencing fraud, remand in violation of 28 U.S.C. §§ 1443(1) and 1446(d), suppression of pleadings, and judicial retaliation in complete absence of jurisdiction. Evidence and proof of judicial obstruction, improper case management, and simulated rulings issued while disqualified and under verified challenge..

17. **Exhibit Q — Docket Printout: Case No. 5:25-cv-01357 (Wesley L. Hsu → Sunshine Suzanne Sykes)**

<u>VERIFIED</u> NOTICE OF DEFENDANT THERESE BAILEY'S WRITTEN ADMISSION AND CONFESSION OF ACTUAL NOTICE, RECEIPT OF SERVICE, BAD-FAITH STATEMENTS REGARDING SUMMONS AND DOCUMENTS IN AN ATTEMPT TO OBSTRUCT FEDERAL PROCESS AND EVADE FEDERAL ACCOUNTABILITY AND COMPLETE WAIVER AND EXTINCTION OF ALL SERVICE-BASED AND RULE 12(B) DEFENSES

Verified documentary evidence demonstrating judicial obstruction, unauthorized reassignment, and simulated adjudication following verified disqualification.

The docket confirms that after lawful filing and assignment before Judge Wesley L. Hsu, the case was *improperly and irregularly transferred* to Judge **Sunshine Suzanne Sykes**, who had already been **formally challenged, verified as disqualified under 28 U.S.C. §§ 144 and 455**, and was **jurisdictionally divested of authority to act in any capacity.**

All subsequent actions, entries, and rulings made under Sykes's name constitute **fraud upon the court, obstruction of justice, and simulation of legal process** in direct violation of federal law and due process.

18. **Exhibit R — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01900)**

Official federal docket evidencing continued rulings, docket entries, and judicial activity by Judge Sunshine Suzanne Sykes, despite a prior verified disqualification under 28 U.S.C. § 144.

This docket demonstrates deliberate disregard for federal removal under 28 U.S.C. § 1443(1) and § 1446(d), along with procedural fraud, suppression of equity pleadings, and material judicial dishonor.

Judge Sykes **knowingly ruled in her own disqualification**, failed to issue a transfer or reassignment, and **refused to acknowledge unrebutted affidavits** and jurisdictional defects on the record — constituting **fraud upon the court**, violation of **due process**, and **irreparable harm** to Plaintiff's person, trust, and estate.

This Exhibit establishes conclusive evidence of **constitutional injury**, **lack of judicial neutrality**, and **ultra vires judicial action** in violation of the Canons of Judicial Conduct, binding precedent, and mandatory statutory disqualification.

19. **Exhibit S — Docket Printout – Sunshine Suzanne Sykes (Case No. 5:25-cv-01918)**

Official federal docket evidencing continued rulings, docket entries, and judicial activity by Judge Sunshine Suzanne Sykes, despite a prior verified disqualification under 28 U.S.C. § 144.

This docket demonstrates deliberate disregard for federal removal under 28 U.S.C. § 1443(1) and § 1446(d), along with procedural fraud, suppression of equity pleadings, and material judicial dishonor.

Judge Sykes **knowingly ruled in her own disqualification**, failed to issue a transfer or reassignment, and **refused to acknowledge unrebutted affidavits** and jurisdictional defects on the record — constituting **fraud upon the court**, violation of **due process**, and **irreparable harm** to Plaintiff's person, trust, and estate.

This Exhibit establishes conclusive evidence of **constitutional injury**, **lack of judicial neutrality**, and **ultra vires judicial action** in violation of the Canons of Judicial Conduct, binding precedent, and mandatory statutory disqualification.

20. **Exhibit T — <u>Verified</u> Criminal Complaint — Fraud Upon the Court, Judicial Collusion, Impersonation of Federal Authority, and Ongoing Deprivation of Rights Under Color of Law**

Filed and verified criminal complaint evidencing a coordinated conspiracy among federal and state actors to suppress Plaintiff's lawful remedy, dispossess secured property, and obstruct the course of justice through fraudulent substitution of parties, simulated jurisdiction, and judicial retaliation. The complaint includes direct accusations of impersonation of federal authority, unlawful substitution of caption to "UNITED STATES OF AMERICA," conspiracy to deprive civil rights under 18 U.S.C. §§ 241, 242, 872, and 912, and

<u>VERIFIED</u> NOTICE OF DEFENDANT THERESE BAILEY'S WRITTEN ADMISSION AND CONFESSION OF ACTUAL NOTICE, RECEIPT OF SERVICE, BAD-FAITH STATEMENTS REGARDING SUMMONS AND DOCUMENTS IN AN ATTEMPT TO OBSTRUCT FEDERAL PROCESS AND EVADE FEDERAL ACCOUNTABILITY AND COMPLETE WAIVER AND EXTINCTION OF ALL SERVICE-BASED AND RULE 12(B) DEFENSES

ongoing interference with Plaintiff's equity jurisdiction and trust corpus.

21. **Exhibit U — <u>Verified</u> Affidavit of Truth Regarding Jurisdictional Violations, Fraud, and Color-of-Law Trespass**

   Affirmed and notarized affidavit of material fact establishing the ongoing pattern of jurisdictional fraud, simulated legal process, denial of due process, and trespass upon private trust estate. This unrebutted affidavit, served upon multiple parties and courts, affirms that Plaintiff's property and rights have been continually violated by actors lacking lawful authority, standing, or jurisdiction. It specifically details the structural and procedural fraud committed by named Defendants, including ultra vires orders, impersonation of lawful authority, and systemic retaliation against equity-based pleadings.

22. **Exhibit V — Notice of Affidavit and Verified Affidavit Establishing Void Title Transfer, Perfected Secured Interest, Simulated Legal Process, Unlawful Detainer Fraud, and Exclusive Equitable Possession**

   (Filed July 8, 2025, Docket No 53, Case No. 5:25-cv-01434, C.D. Cal.)

23. **Exhibit W – Affidavit Certificate of Dishonor, Non-Response, Default, Judgment, and Lien Authorization** (including Self-Executing Contract and Security Agreement, dated March 22, 2025; notarized affidavit establishing dishonor, fraud, deprivation of rights under color of law, and $100,000,000 stipulated judgment and lien against Defendants/Respondents).

24. **Exhibit X – *USPS Forms 3811 (Green Cards)*** – Return Receipts for service of Affidavits, Notices of Default, and Security Agreements upon Defendants, evidencing lawful presentment, delivery, and dishonor through non-response.

25. **Exhibit Y – Affidavit Certificate of Dishonor, Non-Response, Default, Judgment, and Lien Authorization** (for fraudulent trustee).

26. ***Exhibit Z — United States Postal Service Certified Mail and Registered Mail Confirmations***

<u>VERIFIED</u> NOTICE OF DEFENDANT THERESE BAILEY'S WRITTEN ADMISSION AND CONFESSION OF ACTUAL NOTICE, RECEIPT OF SERVICE, BAD-FAITH STATEMENTS REGARDING SUMMONS AND DOCUMENTS IN AN ATTEMPT TO OBSTRUCT FEDERAL PROCESS AND EVADE FEDERAL ACCOUNTABILITY AND COMPLETE WAIVER AND EXTINCTION OF ALL SERVICE-BASED AND RULE 12(B) DEFENSES

Proof of service for each Defendant and federal officer under **Fed. R. Civ. P. 4(i)** and **5(b)(2)(C)**, establishing lawful mailing, custody, and delivery under the **Mailbox Rule**, **Hagner v. United States**, 285 U.S. 427 (1932), and **28 U.S.C. § 1746**.

27. **Exhibit AA — *Verified Electronic Mail Service Confirmations***

   Authenticated proof of email transmission to each Defendant and agency, confirming dual service and receipt consistent with **Rule 5(b)(2)(E)** and prior contractual acceptance of electronic notice under **Article I, Section 10** (no impairment of contract).

28. **Exhibit BB — *Judicial Acknowledgment and Proof of Receipt by Defendant Sykes***

   Certified copy of docket entry and order personally signed by **Defendant Sunshine-Suzanne Sykes** in *WG Private Irrevocable Trust v. Marinaj Properties LLC* (Case No. 5:25-cv-01900, C.D. Cal., Dkt. 33), constituting direct **judicial acknowledgment of notice, receipt, and jurisdictional attachment** while enforcing an unlawful gag order, thereby establishing **actual notice, estoppel, and confession of service** under **Fed. R. Evid. 801(d)(2)** and **Hazel-Atlas Glass Co. v. Hartford-Empire Co.**, 322 U.S. 238 (1944).

29. **Exhibit CC — Oath of Office of the Presiding Judicial Officer, *Hon. Dabney L. Friedrich***

30. **Exhibit DD — — Written Email Admission of Actual Notice by Defendant Therese Bailey**

   Defendant's November 13, 2025 email explicitly acknowledging receipt of the Summons, Verified Complaint, and attached documents, stating: "We reject the entirety of your claims in the attached documents."

   This Exhibit constitutes a binding admission against interest under Fed. R. Evid. 801(d)(2), proving actual notice, receipt of service, engagement with the

merits, and eliminating any possible Rule 12(b)(2)–(5) objections, while further

evidencing Defendant's bad-faith false statements ("only 13 pages," "defective

summons," etc.) and attempted obstruction of federal judicial process.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Express Mail No. ER243124674US  — Date: November 13, 2025

# P R O O F   O F   S E R V I C E

| | |
|---|---|
| STATE OF TEXAS | ) |
| | )        ss. |
| COUNTY OF WILLIAMSON | ) |

I competent, over the age of eighteen years.  My mailing address is, **care of:** 2082 Highway 183 #170-229, Leander, Texas.  On or about **November 13, 2025**, I served the within documents:

1.    **VERIFIED NOTICE OF DEFENDANT THERESE BAILEY'S WRITTEN ADMISSION AND CONFESSION OF *ACTUAL* NOTICE, RECEIPT OF SERVICE, BAD-FAITH STATEMENTS REGARDING SUMMONS AND DOCUMENTS IN AN ATTEMPT TO OBSTRUCT FEDERAL PROCESS AND EVADE FEDERAL ACCOUNTABILITY AND COMPLETE WAIVER AND EXTINCTION OF ALL SERVICE-BASED AND RULE 12(b) DEFENSES**

2.                    **Exhibits Z through DD**

  **By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Williamson County, Texas, and sent via Certified, Express, or Registered Mail with a form 3811.

> **Raquel: Marquez**
> 4050 Main Street
> Riverside, California [92501]
> Certified Mail #7022 2410 0001 7119 3486 with form 3811

VERIFIED NOTICE OF DEFENDANT THERESE BAILEY'S WRITTEN ADMISSION AND CONFESSION OF ACTUAL NOTICE, RECEIPT OF SERVICE, BAD-FAITH STATEMENTS REGARDING SUMMONS AND DOCUMENTS IN AN ATTEMPT TO OBSTRUCT FEDERAL PROCESS AND EVADE FEDERAL ACCOUNTABILITY AND COMPLETE WAIVER AND EXTINCTION OF ALL SERVICE-BASED AND RULE 12(B) DEFENSES

**Bilal-Ali: Essayli**
Office of the U.S. Attorney for the Central District of California
300 N. Los Angeles St. Suite 7516
Los Angeles, California [90012]
Certified Mail #7022 2410 0001 711 5375 with form 3811

**Jeanine-Ferris: Pirro**
Office of the U.S. Attorney for the District of Columbia
601 D Street, North West
Washington, District of Columbia [20579]
Certified Mail #7022 2410 0001 7119 3462 with form 3811

**Pam Bondi**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001
Certified Mail #7022 2410 0001 7119 3455 with form 3811

**Rob: Bonta**
Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, California [94102]
Certified Mail #7022 2410 0001 7118 5382 with form 3811

**Clerk(s)**
U.S. District Court for the District of Columbia
***Attn:*** *Civil Intake Section*
333 Constitution Avenue NW
Washington, District of Columbia [20001]
Express Mail No. ER243124674US with form 3811

On or about **November 13, 2025**, I served the within documents, **by Electronic Service.**  Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

**Naji: Doumit, Daniel Doumit, Mary Doumit, MARINAJ PROPERTIES LLC**
1130 South Tamarisk Drive
Anaheim, California [92807]
louisatoui3@yahoo.com
najidoumit@gmail.com

**John L. Bailey (#103867), Therese Bailey (#171043)**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
jbailey@tblglaw.com
tbailey@tblglaw.com

VERIFIED NOTICE OF DEFENDANT THERESE BAILEY'S WRITTEN ADMISSION AND CONFESSION OF ACTUAL NOTICE, RECEIPT OF SERVICE, BAD-FAITH STATEMENTS REGARDING SUMMONS AND DOCUMENTS IN AN ATTEMPT TO OBSTRUCT FEDERAL PROCESS AND EVADE FEDERAL ACCOUNTABILITY AND COMPLETE WAIVER AND EXTINCTION OF ALL SERVICE-BASED AND RULE 12(B) DEFENSES

klacroix@tblglaw.com

**THE BAILEY LEGAL GROUP**
25014 Las Brisas South, Suite B
Murrieta, California [92562]
jbailey@tblglaw.com
tbailey@tblglaw.com
klacroix@tblglaw.com

**Sunshine-Suzanne: Sykes**
3470 Twelfth Street
Riverside, Californi [92501-3801]
SSS_Chambers@cacd.uscourts.gov

**Dolly-Maizie: Gee**
3470 Twelfth Street
Riverside, Californi [92501-3801]
DMG_Chambers@cacd.uscourts.gov

**Bilal-Ali: Essayli**
Office of the U.S. Attorney for the Central District of California
312 North Spring Street, Suite 1200
Los Angeles, California [90012]
USACAC.CV-CivilRights@usdoj.gov

**Pam: Bondi**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, District of Columbia [20530-0001]
criminal.Division@usdoj.gov
usacac.criminal@usdoj.gov

**Rob: Bonta**
Attorney General's Office
1300 "I Street
San Francisco, California [95814]
Police-Practices@doj.ca.gov
piu@doj.ca.gov

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.  Executed on **November 12, 2025** in Williamson County, Texas.

**All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

_/s/Chris Yarbra/_
Chris Yarbra

<u>**NOTICE**</u>:

Using a notary on this document does **not** constitute joinder adhesion, or consent to any foreign jurisdiction, **nor does it alter my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

# <u>ACKNOWLEDGEMENT:</u>

State of Texas                                )

                                                   ) ss.

County of Williamson                     )

On this <u>13th</u> day of <u>November</u>, <u>2025</u>, before me, <u> Dixie Jo Forkl </u>, a Notary Public, personally appeared <u>Kevin: Realworldfare</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

 _____ Seal:

Page 45 of 45

-Exhibit Z-

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70222410000171193264

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:35 pm on November 3, 2025 in RIVERSIDE, CA 92501.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
RIVERSIDE, CA 92501
November 3, 2025, 12:35 pm

**Out for Delivery**
RIVERSIDE, CA 92501
November 3, 2025, 6:54 am

**Arrived at Post Office**
RIVERSIDE, CA 92501
November 3, 2025, 6:43 am

**Arrived at USPS Regional Destination Facility**
SAN BERNARDINO CA DISTRIBUTION CENTER
November 3, 2025, 5:07 am

**In Transit to Next Facility**
November 2, 2025

**Arrived at USPS Facility**

AVONDALE, AZ 85323
November 1, 2025, 5:51 pm

**Arrived at USPS Facility**

AUSTIN, TX 78755
October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:15 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

**FAQs** >

**Remove** ✕

Tracking Number:

## 70222410000171193271

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:41 pm on November 3, 2025 in RIVERSIDE, CA 92501.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
RIVERSIDE, CA 92501
November 3, 2025, 2:41 pm

**Out for Delivery**
RIVERSIDE, CA 92501
November 3, 2025, 6:10 am

**Arrived at Post Office**
RIVERSIDE, CA 92501
November 3, 2025, 4:46 am

**Arrived at USPS Regional Destination Facility**
SAN BERNARDINO CA DISTRIBUTION CENTER
November 2, 2025, 3:18 am

**In Transit to Next Facility**
November 1, 2025

**Arrived at USPS Facility**

AVONDALE, AZ 85323
November 1, 2025, 5:53 pm

**Arrived at USPS Facility**

AUSTIN, TX 78755
October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:18 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                    ⌄

**USPS Tracking Plus®**                    ⌄

**Product Information**                    ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Tracking Number:

**Remove ✕**

## 70222410000171193288

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 3:56 pm on November 10, 2025 in LEANDER, TX 78641.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, To Original Sender**
LEANDER, TX 78641
November 10, 2025, 3:56 pm

● **Out for Delivery**
LEANDER, TX 78641
November 10, 2025, 6:10 am

● **Arrived at Post Office**
LEANDER, TX 78641
November 10, 2025, 5:03 am

● **Arrived at USPS Regional Origin Facility**
AUSTIN TX PACKAGE SORTING CENTER
November 9, 2025, 9:22 pm

● **In Transit to Next Facility**
November 8, 2025

● **Unclaimed/Being Returned to Sender**

MURRIETA, CA 92563
November 7, 2025, 10:05 am

**Refused**

MURRIETA, CA 92563
November 7, 2025, 10:04 am

**Refused**

MURRIETA, CA 92562
November 6, 2025, 9:27 am

**Out for Delivery**

MURRIETA, CA 92562
November 6, 2025, 8:04 am

**Arrived at USPS Regional Destination Facility**

SAN BERNARDINO CA DISTRIBUTION CENTER
November 5, 2025, 11:17 am

**Arrived at USPS Facility**

AVONDALE, AZ 85323
November 4, 2025, 7:56 pm

**Arrived at USPS Origin Facility**

AUSTIN, TX 78755
November 3, 2025, 8:44 am

**Arrived at USPS Regional Origin Facility**

AUSTIN TX PACKAGE SORTING CENTER
November 1, 2025, 6:49 pm

**Arrived at USPS Facility**

AUSTIN, TX 78755
October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

● **USPS in possession of item**
LEANDER, TX 78641
October 30, 2025, 5:11 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                                                          ⌄

---

**USPS Tracking Plus®**                                                                                          ⌄

---

**Product Information**                                                                                          ⌄

---

**See Less** ⌃

Track Another Package

```
Enter tracking or barcode numbers
```

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs 〉

**Remove ✕**

**Tracking Number:**

## 70222410000171193295

Copy          Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

### Latest Update

This is a reminder to arrange for redelivery of your item before November 17, 2025 or your item will be returned on November 18, 2025. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

_____

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivery Attempt: Action Needed**
**Reminder to Schedule Redelivery of your item before November 17, 2025**

November 8, 2025

● **Notice Left (No Authorized Recipient Available)**

ANAHEIM, CA 92807
November 3, 2025, 1:28 pm

● **Out for Delivery**

ANAHEIM, CA 92807
November 3, 2025, 7:28 am

● **Arrived at Post Office**

ANAHEIM, CA 92817
November 3, 2025, 7:17 am

● **Arrived at USPS Regional Destination Facility**

ANAHEIM CA DISTRIBUTION CENTER
November 2, 2025, 7:14 pm

● **In Transit to Next Facility**

November 2, 2025

**Arrived at USPS Facility**

AVONDALE, AZ 85323
November 1, 2025, 5:50 pm

**Arrived at USPS Facility**

AUSTIN, TX 78755
October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:09 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                              ∨

---

**Schedule Redelivery**                                                               ∨

---

**USPS Tracking Plus®**                                                               ∨

---

**Product Information**                                                               ∨

---

**See Less ∧**

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Tracking Number:

**70222410000171193301**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:51 am on November 3, 2025 in MURRIETA, CA 92562.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
MURRIETA, CA 92562
November 3, 2025, 9:51 am

**Out for Delivery**
MURRIETA, CA 92562
November 3, 2025, 7:18 am

**Arrived at Post Office**
MURRIETA, CA 92563
November 3, 2025, 7:07 am

**Arrived at USPS Regional Destination Facility**
SAN BERNARDINO CA DISTRIBUTION CENTER
November 2, 2025, 3:24 am

**In Transit to Next Facility**
November 1, 2025

**Arrived at USPS Facility**

AVONDALE, AZ 85323
November 1, 2025, 5:38 pm

**Arrived at USPS Facility**

AUSTIN, TX 78755
October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:14 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 70222410000171193318

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:45 pm on November 4, 2025 in LOS ANGELES, CA 90012.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

LOS ANGELES, CA 90012
November 4, 2025, 1:45 pm

**Redelivery Scheduled for Next Business Day**

LOS ANGELES, CA 90012
November 3, 2025, 11:51 am

**Out for Delivery**

LOS ANGELES, CA 90012
November 3, 2025, 6:10 am

**Arrived at Post Office**

LOS ANGELES, CA 90012
November 3, 2025, 4:30 am

**Arrived at USPS Facility**

LOS ANGELES, CA 90012
November 3, 2025, 2:46 am

**Departed USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
November 3, 2025, 2:16 am

**Arrived at USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
November 2, 2025, 6:50 am

**In Transit to Next Facility**

November 2, 2025, 4:45 am

**In Transit to Next Facility**

November 2, 2025, 3:00 am

**In Transit to Next Facility**

November 1, 2025, 11:28 pm

**Departed USPS Facility**

AVONDALE, AZ 85323
November 1, 2025, 9:37 pm

**In Transit to Next Facility**

November 1, 2025

**Arrived at USPS Facility**

AVONDALE, AZ 85323
November 1, 2025, 5:38 pm

**Arrived at USPS Facility**

AUSTIN, TX 78755
October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:19 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Tracking Number:

## 70222410000171193325

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:38 am on November 4, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
November 4, 2025, 4:38 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
November 3, 2025, 11:50 am

**Arrived at Post Office**
WASHINGTON, DC 20018
November 3, 2025, 7:54 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
November 3, 2025, 2:19 am

**In Transit to Next Facility**
November 2, 2025

**Arrived at USPS Facility**
AUSTIN, TX 78755



October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:08 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                        ⌄

---

**USPS Tracking Plus®**                                                          ⌄

---

**Product Information**                                                          ⌄

---

**See Less** ⌃

Track Another Package

> Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs ›

Tracking Number:                                                                    **Remove** ✕

## 70222410000171193332

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:38 am on November 4, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
November 4, 2025, 4:38 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
November 3, 2025, 11:50 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
November 3, 2025, 7:54 am

● **Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
November 3, 2025, 2:19 am

● **In Transit to Next Facility**
November 2, 2025

● **Arrived at USPS Facility**
AUSTIN, TX 78755



October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:17 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 70222410000171193349

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:38 pm on November 4, 2025 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SAN FRANCISCO, CA 94102
November 4, 2025, 1:38 pm

● **Out for Delivery**
SAN FRANCISCO, CA 94102
November 4, 2025, 6:10 am

● **Arrived at Post Office**
SAN FRANCISCO, CA 94124
November 4, 2025, 3:52 am

● **In Transit to Next Facility**
November 3, 2025

● **Arrived at USPS Regional Destination Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
November 3, 2025, 5:20 pm

● **Arrived at USPS Facility**

AURORA, CO 80018
November 1, 2025, 7:47 pm

**Arrived at USPS Facility**

AUSTIN, TX 78755
October 31, 2025, 3:45 am

**Arrived at USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
October 30, 2025, 6:57 pm

**Departed Post Office**

LEANDER, TX 78641
October 30, 2025, 5:52 pm

**Departed USPS Facility**

LEANDER, TX 78641
October 30, 2025, 5:38 pm

**USPS in possession of item**

LEANDER, TX 78641
October 30, 2025, 5:13 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# -Exhibit AA-

**From:** **Kevin Walker** kevinlwalker@me.com
**Subject:** Service of Court Documents - (Federal Court Case No.: 1:25-cv-03780)
**Date:** October 28, 2025 at 12:55 PM
**To:** John Bailey jbailey@tblglaw.com, Therese (Terri) Bailey tbailey@tblglaw.com, SSS_Chambers@cacd.uscourts.gov,
DMG_Chambers@cacd.uscourts.gov, najidoumit@gmail.com, usacac.criminal@usdoj.gov, USACAC.CV-CivilRights@usdoj.gov,
piu@doj.ca.gov, Police-Practices@doj.ca.gov
**Cc:** Louis Atoui louisatoui3@yahoo.com, Kathi LaCroix klacroix@tblglaw.com, Judicial Council judicialcouncil@jud.ca.gov,
clerk@cacd.uscourts.gov
**Bcc:** ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗

KR

**Sunshine Sykes, Dolly Maizie Gee, Raquel A Marquez, Naji Doumit, Mary: Doumit, Daniel: Doumit, John: Bailey, Therese:
Bailey,** MARINAJ PROPERTIES, **BAILEY LEAL GROUP,** *Does 1-100 Inclusive,*

Please be advised that the attached court documents are hereby served upon you **via electronic mail**, pursuant to California Code of
Civil Procedure §1010.6 and California Rules of Court, Rule 2.251. Your **consent to email service** has been expressly established by
your **failure to rebut prior affidavits and notices**, which remain unrebutted in the record. Under **United States v. Fleischli, 305 F.3d
643, 654 (7th Cir. 2002)**, and related authorities, consent to a method of service may be **implied through conduct or failure to
object**, including tacit acquiescence to prior lawful notice.

As further evidence of lawful service, the same documents have also been transmitted to your known mailing address via **Certified
U.S. Mail**, with accompanying **Form 3811 Return Receipt**, tracking number, and postal receipt documentation. The United States
Supreme Court has long recognized that **"proof that a letter properly directed was placed in a post office creates a presumption
that it reached its destination"** (see *Rosenthal v. Walker*, 111 U.S. 185, 193 (1884)), and courts routinely uphold this presumption
under the **Mailbox Rule** (see *Schikore v. BankAmerica Supplemental Retirement Plan*, 269 F.3d 956, 961 (9th Cir. 2001)).

This dual method of service—**electronic and Registered Mail with Form 3811**—ensures lawful notice and satisfies constitutional
and commercial requirements for **service of process, due process, and procedural integrity**. It also supports finality and proper
reliance under *State Compensation Ins. Fund v. Riley*, 220 Cal. App. 3d 1011, 1019 (1990), which affirms that mailing with proof is
deemed valid and effective service.

| Court in which proceeding is pending: | **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA** |
|---|---|
| Trust Action/Case Number: | 1:25-cv-03780 |
| Name of initial party on each side: | **Kevin: Realworldfare** *vs* **Sunshine Suzanne Sykes, D**olly Maizie Gee, Raquel A. Marquez, John Bailey, Therese Bailey, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES LLC, BAILEY LEGAL GROUP,** *Does 1-20, inclusive* |
| Title of each documents served: | 1. VERIFIED CONSTITUTIONAL COMPLAINT IN EQUITY AND LAW FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF; JUDICIAL DISQUALIFICATION, FRAUD UPON THE COURT, CIVIL RIGHTS VIOLATIONS, CONSTITUTIONAL DEPRIVATIONS, AND RACKETEERING UNDER COLOR OF LAW<br><br>2. **CONFORMED SUMMONS**<br><br>3. **CIVIL COVER SHEET** |



| | |
|---|---|
| | 3. CIVIL COVER SHEET |
| | **4. Exhibits A through Y** |
| Sender's name & telephone Number: | Chris Yarbra, on behalf of the *Plaintiff/Real Party In Interest*<br><br>(310) 923-8521 |



REALWORLDFA<br>RE_v_S...1.0.pdf

REALWORLDFA<br>RE_v_S...1.1.pdf

---

JS 44 (Rev. 03/24)    Case 1:25-cv-03780-DLF CIVIL COVER SHEET Filed 10/24/25    Page 1 of 1

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Kevin: Realworldfare, sui juris

**DEFENDANTS**
Sunshine Suzanne Sykes, Dolly Maizie Gee, Raquel A. Marquez, John Bailey, Therese Bailey, Naji Doumit, Mary Doumit, CHM REMI, MARINAJ PROPERTIES LLC, BAILEY LEGAL GROUP

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff)*

Case: 1:25-cv-03780    JURY DEMAND
Assigned To : Friedrich, Dabney L.
Assign. Date : 10/24/2025
Description: Pro Se Gen. Civ. (F-DECK)

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

-Exhibit BB-

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WG Private Irrevocable Trust et al.

PLAINTIFF(S)

v.

Marinaj Properties LLC et al

DEFENDANT(S).

CASE NUMBER

5:25-CV-01900-SSS-DTBx

**NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**

On November 3, 2025, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☒ other document(s), entitled Verified Complaint in Equity

from Kevin Realworldfare, who was found by the Court on August 21, 2025

in case number 5:25-CV-01900-SSS-DTB to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other :

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the ☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

☐ IT IS HEREBY ORDERED that the document(s) presented:
   ☐ be filed in the above-captioned case.
   ☐ be filed in case number _____ .
   ☐ be filed as a new case.

*or*

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____
Date

_____
United States Magistrate Judge

IT IS HEREBY ORDERED that the document(s) presented
☒ not be filed.
☐ be filed in the above-captioned case.
☐ be filed in case number _____ .
☐ be filed as a new case.

November 5, 2025
Date

Sunshine S. Sykes
United States District Judge

CV-115 (04/2018)     NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

Page 27 of 36

Express Mail No. ER243122055US — Date: October 22, 2025

Kevin: Realworldfare, *sui juris*
**Care of:** 2082 Highway 183 #170-229
  Leander, Texas
*non-domestic without* the United States
Email: team@walkernovagroup.com

*Plaintiff, Real Party In Interest, Injured Party*
*Secured Party, Executor, Heir*

RECEIVED
Mailroom

OCT 24 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

**Case: 1:25−cv−03780  JURY DEMAND**
**Assigned To : Friedrich, Dabney L.**
**Assign. Date : 10/24/2025**
**Description: Pro Se Gen. Civ. (F-DECK)**

FILE ON DEMAND

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Kevin: Realworldfare,**
 *Plaintiff/Secured Party/ Real Party In*
*Interest,Injured Party In Fact, Heir,*
*Beneficial Title Holder*

*vs.*

**Sunshine Suzanne Sykes,** Dolly Maizie
**Gee, Raquel A. Marquez, John Bailey,**
**Therese Bailey, Naji Doumit, Mary**
**Doumit, Daniel Doumit, MARINAJ**
**PROPERTIES LLC, BAILEY LEGAL**
**GROUP,** *Does 1-20, inclusive;*

*Each Defendant is sued in both their official*
*and individual/private capacities as*
*applicable, and held lawfully and*
*commercially liable under _verified_ record and*
*equity jurisdiction as set forth in Section IV*
*of this _Verified_ Complaint in equity.*
             *Defendants.*

Case No.:

VERIFIED COMPLAINT IN EQUITY
FOR:

1. Judicial Disqualification & Fraud on the Court — 28 U.S.C. §§ 144, 455
2. Violation of Self-Executing Recusal Duty — 28 U.S.C. § 455(a)-(b)
3. Deprivation of Rights Under Color of Law — 42 U.S.C. § 1983 / *Bivers v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
4. Denial of Due Process & Equal Protection — U.S. Const. Amends. V & XIV
5. Retaliation & Defamation Under Color of Law — U.S. Const. Amend. I
6. Fraud, Abuse of Process & Civil Conspiracy — *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944); 42 U.S.C. § 1985
7. Fraud Upon the Court & Obstruction of Justice — 18 U.S.C. §§ 1503, 1512, 1519
8. Civil Conspiracy to Deprive Rights & Color-of-Law Extortion — 42 U.S.C. § 1985(3); 18 U.S.C. §§ 241-242, 1951 (Hobbs Act)
9. Attorney Misconduct, Bad-Faith Advocacy & Conflict of Interest — 28 U.S.C. § 1927; Fed. R. App. P. 46(c); Model Rules 1.7 & 3.3
10. Mandamus to Compel Statutory Duty — 28 U.S.C. §§ 1361 & 1651 (All Writs Act)
11. Declaratory & Injunctive Relief for Void Judicial Acts — 28 U.S.C. §§ 2201-2202; Fed. R. Civ. P. 57
12. Takings, Conversion & Fiduciary Breach — U.S. Const. Amend. V (Takings Clause); 28 U.S.C. § 1491 (Tucker Act); §§ 1346(b), 2671 et seq. (FTCA); Common Law Conversion & Trespass
13. Pattern of Racketeering Activity (Civil RICO) — 18 U.S.C. §§ 1961-1964
14. Simulated Legal Process, Coercion & Peonage Under Color of Law — 18 U.S.C. §§ 912, 1581, 1589, 1951 et seq.; 42 U.S.C. § 1983, 1994
15. Slander of Title & Fraudulent Conversion of Trust Assets — Common Law Tort & Equity Doctrine; U.C.C. §§ 3-505, 9-315
16. Unlawful Impairment of Contracts & Violation of Article I, § 10 — U.S. Const. Art. I § 10 (Obligation of Contracts); 28 U.S.C. § 2072(b) (Rules Enabling Act)
17. Equitable Enforcement of Verified Rights & Clearfield Doctrine — *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943); U.S. Const. Art. III § 2 (in Equity)
18. Private Right of Action for Ultra Vires Acts of Federal Officers — *Davis v. Passman*, 442 U.S. 228 (1979); *Tucker Act*, 28 U.S.C. § 1491; *Bivens*, 403 U.S. 388 (1971); 28 U.S.C. § 1346(a)(2)
19. Fraud, Coercion & Unconscionable Commercial Practices — U.C.C. §§ 1-103(b), 1-304, 2-302; 18 U.S.C. §§ 1341-1343
20. Constructive Trust & Equitable Restitution for Void Transactions — Restatement (Third) of Restitution §§ 43-55; Equity Maxims

(SPECIAL LIMITED APPEARANCE — EQUITY
JURISDICTION PRESERVED)

## TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

This matter is brought in **equity**, under the **original judicial power and**
**inherent** equitable **jurisdiction** of this Court as vested by **Article III, Section**

VERIFIED CONSTITUTIONAL COMPLAINT IN EQUITY AND LAW FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF; JUDICIAL DISQUALIFICATION, FRAUD UPON THE COURT, CIVIL RIGHTS VIOLATIONS, CONSTITUTIONAL DEPRIVATIONS, AND RACKETEERING UNDER COLOR OF LAW

**1 of the Constitution for the United States of America**, and as governed by the **Federal Rules of Civil Procedure** subject to the **Rules Enabling Act, 28 U.S.C. § 2072**. This Court sits as a **Court of Record in equity**.

Under 28 U.S.C. § 2072(b), the Rules "*shall* **not** abridge, enlarge, or modify any substantive right**." Substantive rights in equity, once established by verified record, cannot be denied or circumvented by procedural devices, judicial discretion, or statutory pretense. The Court is bound to adjudicate according to **equity, contract, trust, and constitutional guarantees**, not to extinguish rights by silence or administrative maneuver.

All statutory presumptions of voluntary jurisdiction are expressly denied, rebutted, and non-assumed. All rights are fully reserved without prejudice pursuant to **UCC §§ 1-308 and 3-402**.

**COMES NOW Kevin: of the Realworldfare Family (formerly Kevin: of the Walker Family)**, in his full private capacity as a natural born, sovereign, free-born man, proceeding *sui juris*, in equity with clean hands and in good faith, as *Real Party In Interest, Beneficial Title Holder, Secured Party, Injured Party In Fact, Executor, Creditor, Heir, and Equitable* Claimant, by *Special Limited Appearance* only and *Special Limited Visitation* only, **not** appearing as surety for any artificial entity or LEGAL FICTION, **not** as a 14th Amendment U.S. citizen, **not** as a corporate "person," **not** pro se, **not** pro per, and **not** through any fictitious legal construct — but as one of the P**eople**, standing upon the **land and soil jurisdiction** for the *De Jure* Texas Republic, *without* adhesion, contract, or submission to any foreign corporate entity posing as government.

**Rebuttal of Presumptions:**

1. Any presumption that the undersigned is a voluntary participant in a federal or state franchise is hereby expressly rebutted.

2.  Any presumption that the undersigned is a ward, subject, or surety for any all-caps entity, legal fiction, or ens legis is rebutted and denied *nunc pro tunc, ab initio*.

3.  Any presumption that appearance constitutes consent, waiver, or submission to jurisdiction is expressly rejected; all participation herein is by **special visitation**, for the sole purpose of demanding equitable remedy, correction of record, and redress of injury.

4.  Any presumption that "United States citizen" status attaches is rebutted as false, misleading, and unsupported by lawful contract or voluntary intent. The undersigned stands only as **a private American national, holder in due course, and beneficial title holder** under the principles of natural law, equity, and trust.

**Invocation of Jurisdiction:**

Plaintiff/Real Party In Interest/Executor/Secured Party/Heir/Injured Party In Fact hereby invokes this Court's **original jurisdiction in equity** and demand adjudication according to verified fact, sworn evidence, and the controlling principles of law, equity, contract, and trust.

This *special limited* appearance is entered **without waiver and without prejudice**, with full reservation of all rights under **U.C.C. §§ 1-308 and 1-103**, preserving every inherent, unalienable right recognized by the **Constitution for the United States of America (1789)**, the **Bill of Rights (1791)**, and the **Declaration of Independence (1776)** — including the rights to life, liberty, property, and access to remedy in law and in equity.

Plaintiff proceeds as **Real Party in Interest, Secured Party, Injured Party in Fact, Heir, and Master Beneficiary**, invoking this Court's original and inherent **Article III jurisdiction in equity**, which guarantees inviolate due process, protection of property, and restoration of remedy where law has failed.

# -Exhibit CC-

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Dabney L. Friedrich _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this __1st__

day of __December 2017__.

_____
Chief Judge

Actual abode: (b) (6)
Official station* Washington, DC
Date of birth (b) (6)
Date of Entry on Duty 12/1/17

* Title 28, sec. 456 United States Code as amended.

-Exhibit DD-

**From: Therese Bailey** tbailey@tblglaw.com
**Subject:** Re: Service of Court Documents - (Federal Court Case No.: 1:25-cv-03780)
**Date:** November 13, 2025 at 11:14 AM
**To:** WALKERNOVA GROUP team@walkernovagroup.com, John Bailey jbailey@tblglaw.com, SSS_Chambers@cacd.uscourts.gov, DMG_Chambers@cacd.uscourts.gov, najidoumit@gmail.com, usacac.criminal@usdoj.gov, USACAC.CV-CivilRights@usdoj.gov, piu@doj.ca.gov, Police-Practices@doj.ca.gov, Kevin Walker kevinlwalker@me.com, kevinlwalker@icloud.com
**Cc:** Louis Atoui louisatoui3@yahoo.com, Kathi LaCroix klacroix@tblglaw.com, Judicial Council judicialcouncil@jud.ca.gov, clerk@cacd.uscourts.gov

---

KEVIN REALWORLDFARE,

Be advised we reject the entirety of your claims and contentions in the attached documents.  We also have not been served as: (1) the Summons is defective; and (2) attempting to serve a person with 13 pages of a pleading, rather than the entire complaint, and without the exhibits referenced is not service.

Additionally, we have had no contacts with the District of Columbia.

Finally, during my November 11, 2025, conversation with you, I attempted to meet and confer with you regarding these deficiencies, which only resulted in you stating, "Do what you need to do!" and then promptly hung up.  I believe this only  demonstrates your clear intent to harass us and not redress the fabricated claims.

**Therese Bailey**
**The Bailey Legal Group**
**25014 Las Brisas South, Suite B**
**Murrieta, CA 92562**
**(951) 304-7566 Office**
**(951) 304-7571 Fax**
tbailey@tblglaw.com

On 11/12/2025 12:52 PM, WALKERNOVA GROUP wrote:

Sunshine Sykes, Dolly Maizie Gee, Raquel A Marquez, Naji Doumit, Mary: Doumit, Daniel: Doumit, John: Bailey, Therese: Bailey, MARINAJ PROPERTIES, BAILEY LEAL GROUP, *Does 1-100 Inclusive*,

Please be advised that the attached court documents are hereby served upon you via electronic mail, pursuant to California Code of Civil Procedure § 1010.6 and California Rules of Court, Rule 2.251. **Your consent to electronic service has been conclusively established by your prior course of conduct** *and* **failure to rebut multiple verified notices**, **which remain unrebutted in the record.**

Under *United States v. Fleischli*, 305 F.3d 643, 654 (7th Cir. 2002), and related authorities, consent to service may be implied through consistent acquiescence, silence, or failure to object to prior lawful notice.

For redundancy and record integrity, the same documents have also been transmitted to your **known mailing address** by **Certified U.S. Mail** with Form 3811 Return Receipt, **tracking number**, and **proof of mailing**. Under the long-standing *Mailbox Rule*, "**proof that a letter properly directed was placed in a post office creates a** **presumption** **that it reached its destination and was received by the person to whom it was addressed.**" *Rosenthal v. Walker*, 111 U.S. 185, 193 (1884); *Schikore v. BankAmerica Supplemental Retirement Plan*, 269 F.3d 956, 961 (9th Cir. 2001).

**Refusal, obstruction, or failure to claim delivery does not defeat or delay service.** To the contrary, such conduct constitutes acknowledgment of notice and confirms receipt for all legal and procedural purposes. Service is deemed complete upon deposit into the mail under the *Mailbox Rule* and upon transmission of this email under **Fed. R. Civ. P. 5(b)(2)(E).**

This dual method of service—electronic and Certified Mail—fully satisfies constitutional due-process standards and commercial notice requirements, ensuring procedural integrity and finality. As held in *State Compensation Ins. Fund v. Riley*, 220 Cal. App. 3d 1011, 1019 (1990), **valid mailing with proof establishes effective service and lawful notice.**

| Court in which proceeding is pending: | **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA** |
|---|---|
| Trust Action/Case Number: | 1:25-cv-03780 |
| Name of initial party on | **Kevin: Realworldfare** *vs* **Sunshine Suzanne** |

| Name of initial party on each side: | **Sykes, Dolly Maizie Gee, Raquel A. Marquez, John Bailey, Therese Bailey, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES LLC, BAILEY LEGAL GROUP**, *Does 1-20, inclusive* |
|---|---|
| Title of each documents served: | 1. VERIFIED NOTICE AND PROOF OF SERVICE UNDER 28 U.S.C. § 1746, FED. R. CIV. P. 4(i) & 5(b)(2)(C), AND THE MAILBOX RULE (CONTRACTUAL ACCEPTANCE PROTECTED BY ARTICLE I, SECTION 10)<br><br>2. VERIFIED NOTICE OF FILING AND ENTRY OF THE JUDICIAL OATH OF OFFICE OF JUDGE DABNEY L. FRIEDRICH INTO THE RECORD PURSUANT TO 28 U.S.C. § 453, ARTICLE VI, CLAUSE 3, AND FED. R. EVID. 201(b)<br><br>3. VERIFIED NOTICE OF ANTICIPATED PROCEDURAL FRAUD, MISCONDUCT, JURISDICTIONAL OBSTRUCTION, AND NOTICE OF CONFLICT OF INTEREST AND DISQUALIFICATION OF COUNSEL, AND FORMAL OBJECTION TO ANY MOTION TO DISMISS OR TRANSFER |
| Sender's name & telephone Number: | Chris Yarbra, on behalf of the *Plaintiff/Real Party In Interest*<br><br>(310) 923-8521 |

Chris

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.
--

**CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is**
**confidential information intended only for the use of the individual or**

entity to whom
it is intended to be directed. The sender of this message is a Member of the State Bar
of California, and its contents may be privileged from disclosure under the Attorney
Client Privilege, the Attorney Work Product Privilege, the Right of Privacy contained
in the California Constitution, and other rights and privileges that preclude disclosure
of confidential information. The information in this message may also be protected by
the Electronic Communications Privacy Act, 18 USC Sections 2510-2521. If the reader of
this message is not the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have received
this communication in error, please immediately notify the sender by return e-mail or at
the telephone number above and delete the original message.