

1 | John L. Bailey, Esq. (103867),
individually and doing business as
2 | **The Bailey Legal Group**, In Pro Se
25014 Las Brisas So., Suite B
3 | Murrieta, CA 92562
(951) 304-7566
4 | Fax: (951) 304-7571

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin: Realworldfare, Plaintiff/Secured Party/Real Party in Interest, Injured Party in Fact, Heir, Beneficial Title Holder,<br><br>    Plaintiff,<br><br>vs.<br><br>Sunshine Suzanne Sykes, Dolly Maizie Gee, Raquel A. Marquez, John Bailey, Therese Bailey, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES, LLC, BAILEY LEGAL GROUP, Does 1-20, inclusive, Each Defendant is sued in both their official and individual/private capacities as applicable, and held lawfully and commercially liable under <u>verified</u> record and equity jurisdiction as set forth in Section IV of this <u>Verified</u> Complaint in equity,<br><br>    Defendants. | Case No. 1:25-cv-03780<br><br>NOTICE OF ENTRY OF MINUTE ORDER ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON JANUARY 30, 2026; NOTICE OF ORDER TO SHOW CAUSE HEARING<br><br>Date: February 27, 2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 30, 2026, the Court issued a Minute Order, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that the Minute Order (Exhibit "A") ordered that the plaintiff shall, on or before February 27, 2026, cause process to be properly served upon the remaining defendants and proof of service to be filed with the Court, or establish good cause for the failure to serve.

DATED: February 3, 2026.

John L. Bailey, Individually and
Doing business as The Bailey Legal
Group, in Pro Se

**PROOF OF ELECTRONIC SERVICE**

1. I am at least 18 years old.

    a. My business address is 25014 Las Brisas, Suite B, Murrieta, CA 92562.

    b. My electronic service address is klacroix@tblglaw.com

2. I electronically served the following documents:

    NOTICE OF ENTRY OF ORDER ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON JANUARY 30, 2026; NOTICE OF ORDER TO SHOW CAUSE HEARING

3. I electronically served the documents listed in 2 as follows:

    Name of person served: Kevin Walker aka Kevin:Realworldfare
    Electronic service address of person served: team@walkernovagroup.com
    And kevinlwalker@icloud.com

    Name of person served: Therese Bailey, In Pro Se
    Electronic service address of person served: tbailey@tblglaw.com

    Name of person served: Naji Doumit, In Pro Se
    Electronic service address of person served: n.doumit@focus-estates.com

    Name of person served: Mary Mare Doumit, In Pro Se
    Electronic service address of person served: n.doumit@focus-estates.com

    Name of person served: Daniel Doumit, In Pro Se
    Electronic service address of person served: n.doumit@focus-estates.com

    On February 3, 2026

Date: February 3, 2026

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kathi Greenough* (signature)
Kathi Greenough

MINUTE ORDER. The plaintiff filed the 1 Complaint on October 24, 2025. On November 13, 2025, the plaintiff filed a 3 Notice of Service. On December 1, 2025, the Court entered a Minute Order explaining that the plaintiff's service appeared improper. The Court directed the plaintiff to cause process to be served on or before January 22, 2026, or establish good cause for the failure to serve.

On December 1, 2025, defendant John Bailey, individually and doing business as The Bailey Legal Group, filed a 8 Motion to Dismiss, and defendants Therese Bailey, Naji Doumit, Mary Doumit, and Daniel Doumit filed a 9 Notice of Joinder purporting to joint that motion. Those filings were docketed on December 17, 2025. On December 18, 2025, the Court entered a Minute Order reminding the plaintiff that, pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), failure to respond to the 8 motion and 9 notice on or before January 22, 2026, could result in the Court (1) treating the motion as conceded; (2) ruling on the defendant's motion based on the defendant's arguments alone; or (3) dismissing the plaintiff's claims for failure to prosecute. The Court also directed the plaintiff's attention to the December 1, 2025 Minute Order regarding service of process.

As of today, the docket reflects that the plaintiff has neither filed proof of service nor established good cause for the failure to serve. The plaintiff also has not responded to the 8 Motion to Dismiss or the 9 Notice of Joinder.

Accordingly, the plaintiff is ORDERED to show cause, on or before February 27, 2026, why his claims against John Bailey, The Bailey Legal Group, Therese Bailey, Naji Doumit, Mary Doumit, and Daniel Doumit should not be dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 83.23 of the Local Rules. If the plaintiff fails to respond to the 8 Motion to Dismiss and the 9 Notice of Joinder on or before February 27, 2026, or provide good cause for his failure to do so, the Court will dismiss his claims against John Bailey, The Bailey Legal Group, Therese Bailey, Naji Doumit, Mary Doumit, and Daniel Doumit for failure to prosecute.

To avoid the finality of a mandatory dismissal of this action against the remaining defendants, it is ORDERED that the plaintiff shall, on or before February 27, 2026, cause process to be properly served upon the remaining defendants and proof of service to be filed with the Court, or establish good cause for the failure to serve.

So Ordered by Judge Dabney L. Friedrich on January 30, 2026. (lcdlf1) (Entered: 01/30/2026)



EXHIBIT "A"
PAGE 1 OF 1

1  **John L. Bailey, Esq. (103867),**
   **individually and doing business as**
2  **The Bailey Legal Group,** In Pro Se
   25014 Las Brisas So., Suite B
3  Murrieta, CA 92562
   (951) 304-7566
4  Fax: (951) 304-7571

RECEIVED
Mailroom
FEB -6 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin: Realworldfare, Plaintiff/Secured Party/Real Party in Interest, Injured Party in Fact, Heir, Beneficial Title Holder,<br><br>    Plaintiff,<br><br>vs.<br><br>Sunshine Suzanne Sykes, Dolly Maizie Gee, Raquel A. Marquez, John Bailey, Therese Bailey, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES, LLC, BAILEY LEGAL GROUP, Does 1-20, inclusive, Each Defendant is sued in both their official and individual/private capacities as applicable, and held lawfully and commercially liable under <u>verified</u> record and equity jurisdiction as set forth in Section IV of this <u>Verified</u> Complaint in equity,<br><br>    Defendants. | Case No. 1:25-cv-03780<br><br>NOTICE OF ENTRY OF MINUTE ORDER ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON JANUARY 30, 2026; NOTICE OF ORDER TO SHOW CAUSE HEARING<br><br>Date: February 27, 2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 30, 2026, the Court issued a Minute Order, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that the Minute Order (Exhibit "A") ordered that the plaintiff shall, on or before February 27, 2026, cause process to be properly served upon the remaining defendants and proof of service to be filed with the Court, or establish good cause for the failure to serve.

1 | DATED: February 3, 2026.

_____
John L. Bailey, Individually and
Doing business as The Bailey Legal
Group, in Pro Se

# PROOF OF ELECTRONIC SERVICE

1. I am at least 18 years old.

   a. My business address is 25014 Las Brisas, Suite B, Murrieta, CA 92562.

   b. My electronic service address is klacroix@tblglaw.com

2. I electronically served the following documents:

   NOTICE OF ENTRY OF ORDER ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON JANUARY 30, 2026; NOTICE OF ORDER TO SHOW CAUSE HEARING

3. I electronically served the documents listed in 2 as follows:

   Name of person served: Kevin Walker aka Kevin:Realworldfare
   Electronic service address of person served: team@walkernovagroup.com
   And kevinlwalker@icloud.com

   Name of person served: Therese Bailey, In Pro Se
   Electronic service address of person served: tbailey@tblglaw.com

   Name of person served: Naji Doumit, In Pro Se
   Electronic service address of person served: n.doumit@focus-estates.com

   Name of person served: Mary Mare Doumit, In Pro Se
   Electronic service address of person served: n.doumit@focus-estates.com

   Name of person served: Daniel Doumit, In Pro Se
   Electronic service address of person served: n.doumit@focus-estates.com

   On February 3, 2026

Date: February 3, 2026

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Kathi Greenough*
Kathi Greenough

MINUTE ORDER. The plaintiff filed the 1 Complaint on October 24, 2025. On November 13, 2025, the plaintiff filed a 3 Notice of Service. On December 1, 2025, the Court entered a Minute Order explaining that the plaintiff's service appeared improper. The Court directed the plaintiff to cause process to be served on or before January 22, 2026, or establish good cause for the failure to serve.

On December 1, 2025, defendant John Bailey, individually and doing business as The Bailey Legal Group, filed a 8 Motion to Dismiss, and defendants Therese Bailey, Naji Doumit, Mary Doumit, and Daniel Doumit filed a 9 Notice of Joinder purporting to joint that motion. Those filings were docketed on December 17, 2025. On December 18, 2025, the Court entered a Minute Order reminding the plaintiff that, pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), failure to respond to the 8 motion and 9 notice on or before January 22, 2026, could result in the Court (1) treating the motion as conceded; (2) ruling on the defendant's motion based on the defendant's arguments alone; or (3) dismissing the plaintiff's claims for failure to prosecute. The Court also directed the plaintiff's attention to the December 1, 2025 Minute Order regarding service of process.

As of today, the docket reflects that the plaintiff has neither filed proof of service nor established good cause for the failure to serve. The plaintiff also has not responded to the 8 Motion to Dismiss or the 9 Notice of Joinder.

Accordingly, the plaintiff is ORDERED to show cause, on or before February 27, 2026, why his claims against John Bailey, The Bailey Legal Group, Therese Bailey, Naji Doumit, Mary Doumit, and Daniel Doumit should not be dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 83.23 of the Local Rules. If the plaintiff fails to respond to the 8 Motion to Dismiss and the 9 Notice of Joinder on or before February 27, 2026, or provide good cause for his failure to do so, the Court will dismiss his claims against John Bailey, The Bailey Legal Group, Therese Bailey, Naji Doumit, Mary Doumit, and Daniel Doumit for failure to prosecute.

To avoid the finality of a mandatory dismissal of this action against the remaining defendants, it is ORDERED that the plaintiff shall, on or before February 27, 2026, cause process to be properly served upon the remaining defendants and proof of service to be filed with the Court, or establish good cause for the failure to serve.

So Ordered by Judge Dabney L. Friedrich on January 30, 2026. (lcdlf1) (Entered: 01/30/2026)

**EXHIBIT "A"**
**PAGE 1 OF 1**

John L. Bailey, Esq. (103867), In Pro Se
25014 Las Brisas So., Suite B
Murrieta, CA 92562
(951) 304-7566
Fax: (951) 304-7571
Email: jbailey@tblglaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin: Realworldfare, Plaintiff/Secured Party/Real Party in Interest, Injured Party in Fact, Heir, Beneficial Title Holder,<br><br>Plaintiff,<br><br>vs.<br><br>Sunshine Suzanne Sykes, Dolly Maizie Gee, Raquel A. Marquez, John Bailey, Therese Bailey, Naji Doumit, Mary Doumit, Daniel Doumit, MARINAJ PROPERTIES, LLC, BAILEY LEGAL GROUP, Does 1-20, inclusive, Each Defendant is sued in both their official and individual/private capacities as applicable, and held lawfully and commercially liable under <u>verified</u> record and equity jurisdiction as set forth in Section IV of this <u>Verified</u> Complaint in equity,<br><br>Defendants. | Case No. 1:25-cv-03780 |

## AFFIDAVIT OF MAILING

I, Kathi Greenough, hereby state that:

On February 3, 2026, I caused to be deposited in the United States Mail a copy of the NOTICE OF ENTRY OF ORDER ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON JANUARY 30, 2026; NOTICE OF ORDER TO SHOW CAUSE HEARING, in the above captioned case, postage prepaid, addressed to the following parties:

RECEIVED
Mailroom
FEB - 6 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

-1-

**Plaintiff:**

    Kevin: Realworldfare
    Care of: 2082 Highway 183 #170-229
    Leander, Texas 78641

    Kevin Walker,
    Inmate ID: 2025-1128-045
    c/o Walker County Jail
    PO Box 591
    Longview, TX 77342

**Defendants:**

    The Honorable Judge Sunshine Suzanne Sykes
    3470 Twelfth Street
    Riverside, CA 92501-3801

    The Honorable Dolly Maizie Gee
    First Street U.S. Courthouse,
    350 W 1st Street, Suite 4311
    Los Angeles, CA 90012-4565

    The Honorable Raquel Marquez
    30755-D Auld Road
    Murrieta, CA 92563

Dated: February 3, 2026

I declare under penalty of perjury that the foregoing is true and correct.

*Kathi Greenough* (signature)

Kathi Greenough